ARNOLD & PORTER LLP
Matthew T. Heartney (SBN 123516)
matthew.heartney@aporter.com
Alex Beroukhim (SBN 220722)
alex.beroukhim@aporter.com
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California  90017-5844
Telephone:    213.243.4000
Facsimile:    213.243.4199

Attorneys for Defendants BP Solar International, Inc.
and Home Depot U.S.A., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLAGAS, ARTHUR RAY and BRETT MOHRMAN, on behalf of themselves and all others similarly situated,<br><br>                         Plaintiffs,<br><br>           v.<br><br>BP SOLAR INTERNATIONAL, INC., HOME DEPOT U.S.A., INC. and DOES 1 -10, inclusive,<br><br>                         Defendants. | Case No.:<br><br>**DEFENDANTS BP SOLAR INTERNATIONAL, INC. AND HOME DEPOT U.S.A., INC.'S NOTICE OF REMOVAL** |

`

34439812v1

DEFENDANTS BP SOLAR INTERNATIONAL, INC. AND HOME DEPOT U.S.A., INC.'S
NOTICE OF REMOVAL

**NOTICE OF REMOVAL**

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Defendants BP Solar International, Inc. ("BP") and Home Depot U.S.A., Inc. ("Home Depot") (collectively "Defendants") hereby remove the above captioned action, entitled *Michael Allagas, et al. v. BP Solar International, Inc., et al.* (C 14-00050) from the Superior Court of California, County of Contra Costa, to the United States District Court for the Northern District of California pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and 1453.  In accordance with 28 U.S.C. § 1446(a), set forth below is a statement of the grounds for removal, and attached hereto as Exhibits 1 through 2 are copies of all processes, pleadings and orders served to date on BP and Home Depot in the above captioned proceedings.

1. The above-captioned proceeding is within this Court's jurisdiction under the Class Action Fairness Act of 2005 ("CAFA").  CAFA provides for removal of "any civil action in which the matter in controversy exceeds the sum or value of $5,000,000," there is minimal diversity between plaintiffs and defendants (28 U.S.C. § 1332(d)(2)) and there are over 100 members "of all proposed plaintiff classes in the aggregate." *Id*. § 1332(5)(B).

2. The *Allagas* Complaint (Ex. 2) was filed on January 9, 2014.  In the Complaint, plaintiffs allege that they are "seek[ing] recovery on behalf of themselves and *all California residents who purchased [BP] Solar Panels* or purchased properties on which the Solar Panels were installed (the 'class') for breach of express and implied warranties and for violation of the provisions of the California consumer protection and unfair business practices statutes." (Ex. 2 (Compl.) ¶ 4 (emphasis added).)  In the class allegations, plaintiffs further allege that they are "seek[ing] to represent[] . . . six Subclasses," which include all commercial buyers and consumers, all subsequent purchasers, and all such persons who purchased solar panels from Home Depot.  (*Id.* ¶ 70.)

3. The amount in controversy requirement of CAFA is satisfied and there are over 100 members in plaintiffs' proposed classes.  Plaintiffs seek to represent a class which includes every person in California "who purchased BP Solar Panels." (Ex. 2 (Compl.) ¶ 4.)  Over 848 persons in

California have purchased BP solar panels.  Decl. of Andreas Glasow ("Glasow Decl.") ¶ 2, filed concurrently.  The three named plaintiffs are claiming a total of at least $66,400 in damages, meaning an average of $22,133 per plaintiff.  (Ex. 2 (Compl.) ¶¶ 61, 65, & 69).  By extrapolating those purported damages to the aggregate number of purchasers in California, the amount in controversy is easily satisfied.  28 U.S.C. § 1332(d)(6) ("the claims of the individual class members should be aggregated to determine whether the matter in controversy exceeds the sum or value of $5,000,000. . . .").  Lest there be any doubt, plaintiffs admit that "[t]he individual Class members' claims are on average approximately $20,000 to $25,000."  (Ex. 2 (Compl.) ¶ 82(d).)  Multiplying the low end of that range ($20,000) by the number of "California residents who purchased [BP] Solar Panels" (848), yields an aggregate sum that exceeds $5,000,000.

4.   The minimal diversity requirement of CAFA is also satisfied.  Minimal diversity requires only that at least one plaintiff not be a citizen of the same state as at least one defendant.  *See* 28 U.S.C. §§ 1332(d)(2)(A).  Here, there is complete diversity because none of the plaintiffs are citizens of the same state as any of the defendants.  Plaintiffs are all citizens of California.  (Ex. 2 (Compl.) ¶¶ 5-7.)  BP is a citizen of Delaware and Texas.  (*Id.* ¶ 8.)  Home Depot of U.S.A. is a citizen of Delaware and Georgia Compl.  (*Id.* ¶ 10.)

5.   None of the CAFA carve outs (28 U.S.C. 1332(d)(2)(3)) apply here because there is complete diversity between plaintiffs and defendants and none of the defendants are citizens of California.  *Supra* ¶ 4.

6.   Pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely filed because it was filed within thirty (30) days of BP's and Home Depot's January 10 receipt of the initial pleading.

7.   Removal to the United States District Court for the Northern District of California is proper because it is the "district and division embracing the place where such an action is pending."  28 U.S.C. § 1441(a).

8.   Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be promptly served on plaintiffs' counsel and promptly filed with the clerk of the Contra Costa County Superior Court.

1 | **WHEREFORE**, BP and Home Depot respectfully gives notice that the *Allagas* action is
2 | hereby removed to the United States District Court for the Northern District of California.
3 |
4 | Dated:  Feburary 6, 2014.                ARNOLD & PORTER LLP
5 |
6 |                                            By:   /s/ Matthew T. Heartney
                                                     Matthew T. Heartney
7 |                                                  Alex Beroukhim
                                                     Attorneys for Defendants
                                                     BP Solar International, Inc.
8 |                                                  and Home Depot U.S.A., Inc.