# EXHIBIT 2

1  David M. Birka-White (State Bar No. 85721)
   dbw@birka-white.com
2  Mindy M. Wong (State Bar No. 267820)
   mwong@birka-white.com
3  BIRKA-WHITE LAW OFFICES
   65 Oak Court
4  Danville, CA 94526
   Telephone: (925) 362-9999
5  Facsimile: (925) 362-9970

6  Attorneys for Individual and Representative
   Plaintiffs Michael Allagas, Arthur Ray, and
7  Brett Mohrman

FILED

2014 JAN -9  A 9 49

A.J. GAMBOL

8              IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                 IN AND FOR THE COUNTY OF CONTRA COSTA

10  MICHAEL ALLAGAS, ARTHUR RAY          Case No.    C  14-00050
    and BRETT MOHRMAN, on behalf of
11  themselves and all others similarly situated,   COMPLAINT FOR DAMAGES

12                    Plaintiffs,                    CLASS ACTION

13         vs.                                       JURY TRIAL DEMANDED

14  BP SOLAR INTERNATIONAL, INC.,
    HOME DEPOT U.S.A., INC. and
15  DOES 1-10, inclusive,                            BY FAX

16                    Defendants.
                                                     PER LOCAL RULE 5 THIS
17                                                   CASE IS ASSIGNED TO
                                                     DEPT ___9___

18         Plaintiffs MICHAEL ALLAGAS, ARTHUR RAY and BRETT MOHRMAN

19  ("Plaintiffs"), on behalf of themselves and all others similarly situated, allege as follows:

20         I.    **INTRODUCTION**

21         1.    This case arises out of the manufacture and sale of photovoltaic modules ("Solar

22  Panels") manufactured by Defendant BP Solar International, Inc. ("Defendant" or "BP") from

23  approximately 2001 to 2010.   The model numbers of the Solar Panels are identified in

24  **Exhibit A** attached hereto.

25         2.    A defect in a component of the Solar Panels – known as the junction box – causes

26  the Solar Panels to fail, resulting in a loss of electric current and serious safety risks, including the

27  risk of fire. The Solar Panels cannot be repaired; they must be removed and replaced.

28         3.    Plaintiffs are informed and believe and thereon allege that BP has been aware of

Birka-White Law Offices
65 Oak Court
Danville, CA 94526
(925) 362-9999

1    the defects alleged herein since at least 2005 but continued selling the Solar Panels until 2010.

2        4.    Plaintiffs seek recovery on behalf of themselves and all California residents who

3    purchased the Solar Panels or purchased properties on which the Solar Panels were installed (the

4    "Class") for breach of express and implied warranties and for violation of the provisions of the

5    California consumer protection and unfair business practice statutes.

6        **II.    PARTIES AND VENUE**

7        5.    Plaintiff Michael Allagas ("Allagas") is a resident of San Bernardino, California.

8    On June 28, 2005, Allagas purchased a BP Solar Home Solution® from Home Depot which

9    included twenty-four (24) BP 4175B Solar Panels.

10       6.    Plaintiff Arthur Ray ("Ray") is a resident of Brentwood, California.  On or about

11   April 28, 2005, Ray purchased eighteen (18) BP SX 170B Solar Panels for installation at his

12   home.

13       7.    Plaintiff Brett Mohrman ("Mohrman") is a resident of Danville, California.  In

14   June 2012, Mohrman purchased a home on which twenty (20) BP 2150S Solar Panels were

15   installed.

16       8.    BP is a Delaware corporation with its principal place of business in Houston,

17   Texas.  Plaintiffs are informed and believe and thereon allege that BP is the successor by merger

18   to BP Solar International LLC.  All references to BP herein refer to BP Solar International LLC

19   or BP Solar International, Inc. as the context requires.

20       9.    Between 2008 and 2011, BP had its principal place of business in San Francisco,

21   California.  BP shut down production of the Solar Panels in 2010 and ceased to do business –

22   except for the processing of claims related to the Solar Panels – in 2011.

23       10.   Home Depot U.S.A., Inc. ("Home Depot"), is a Delaware corporation with its

24   principal place of business in Atlanta, Georgia.

25       11.   Plaintiffs are unaware of the true names and capacities of the Defendants sued

26   herein as DOES 1 through 10, and therefore sue these Defendants by such fictitious names.

27   Plaintiffs will amend this complaint to allege their true names and capacities when they are

28   ascertained.  Plaintiffs are informed and believe that each of the fictitiously named Defendants is

- 2 -

1   responsible in some manner for the occurrences herein alleged and that the damages suffered by

2   Plaintiffs and the class, were proximately caused by their conduct.

3       12.     Plaintiffs are informed and believe that all Defendants, including the fictitious Doe

4   Defendants 1 through 10, were at all relevant times acting as actual or ostensible agents,

5   conspirators, partners, joint venturers or employees of all other Defendants and that all acts

6   alleged herein occurred within the course and scope of that agency, employment, partnership, or

7   enterprise, and with the express or implied permission, knowledge, consent, authorization and

8   ratification of their co-Defendants.

9       13.     Venue in this County is proper under California Code of Civil Procedure § 395

10  because, *inter alia*: (1) Defendants BP and Home Depot are foreign corporations which have no

11  designated principal place of business in California; (2) Defendant BP contracted to perform the

12  obligations to Plaintiffs Ray and Mohrman and a substantial portion of its obligations to the

13  proposed Class in this County; and (3) Defendant Home Depot contracted to perform substantial

14  obligations to members of the Class in this County.

15      14.     Venue in this County is proper under Civil Code § 1780(d) because it is where the

16  transactions related to Plaintiffs Ray and Mohrman and a substantial portion of the transactions

17  between BP and the Class occurred.  Attached hereto as **Exhibits B and C,** respectively, are the

18  declarations of Ray and Mohrman establishing this Court as the proper venue for this action.

19  **III.    FACTUAL ALLEGATIONS**

20          **A.     The Defect in the Solar Panels and its Effects**

21      15.     Solar Panels are installed on racks which are mounted on the roof or –

22  occasionally – on the ground.

23      16.     The Solar Panels are connected together by electric cables ("connecting cables") to

24  achieve a desired output voltage.   The failure of a single Solar Panel will cause the panels

25  connected to it to stop functioning, resulting in a substantial reduction of the capacity of the Solar

26  Panels to produce electricity.

27      17.     The connection between Solar Panels is made at a junction box attached to each

28  Solar Panel.  A defect in the junction box and the solder joints between the connecting cables

Birka-White Law Offices
65 Oak Court
Danville, CA 94526
(925) 362-9999

- 3 -

1  causes the solder joint to overheat.

2      18.    When the solder joint overheats, the connection between the Solar Panels breaks.

3  This break in the circuit results in an arc of an electrical current which generates heat between

4  2000-3000 degrees Fahrenheit.

5      19.    The heat caused by this failure melts the junction box, burns the cables and the

6  Solar Panel and shatters the glass cover of the Solar Panel. Attached hereto as **Exhibit D** are

7  photographs of BP Solar Panel junction box failures. If there is flammable material near the heat

8  source, such a dry leaves, the junction box failure creates a high risk of fire. Fires caused by

9  junction box failures have already occurred and there is a substantial risk that they will occur in

10  the future.

11      20.    Because of the defect in the junction box, all Solar Panels relevant to this litigation

12  have failed or will fail before the end of their expected useful life,

13      21.    There is no way to repair the defect in the Solar Panels and restore their

14  functionality. The only means for addressing the failure of the Solar Panels is to remove them

15  and replace them with other solar panels.

16      22.    BP ceased manufacturing solar panels of any kind in 2010. BP maintains no

17  inventory of Solar Panels.

18      **B.**    **Defendants' Warranties and Representations**

19      **1.**    **The BP Warranty**

20      23.    BP issued a written warranty (the "Warranty") for the Solar Panels which states

21  that: (1) the Solar Panels will be "free from defect in materials and workmanship" for the term of

22  the warranty (the "Defect Warranty"); and (2) the Solar Panels will produce at least ninety

23  percent (90%) of their minimum peak power output for a period of years and at least eighty

24  percent (80%) for a longer period from the date of installation (the "Power Warranty"). In

25  Mohrman's case, the Defect Warranty was for a period of two years and the relevant periods of

26  the Power Warranty were twelve (12) and twenty-five (25) years, respectively. In Allagas' and

27  Ray's case, the Defect Warranty was for a period of five years and the relevant periods of the

28  Power Warranty were also twelve (12) and twenty-five (25) years.

24. The Warranty is enforceable by "(i) the first purchaser who has purchased the [Solar Panels] or (ii) by purchasers of buildings on which the [Solar Panels were] first mounted." Allagas and Ray are first purchasers of the Solar Panels and Mohrman purchased a property on which the Solar Panels were first mounted. All Plaintiffs are thus entitled to enforce the provisions of the Warranty.

25. The Warranty provides that: (1) in the event of a breach of the Defect Warranty, BP will repair or replace the Solar Panels or, at is option, refund the purchase price; and (2) in the event of a breach of the Power Warranty, BP will either (a) repair or replace the Solar Panels or (b) provide the purchasers with additional component(s) to bring the aggregate power output to at least the warranted percentage of the specified minimum power output.

26. Because BP no longer makes the Solar Panels and there are no replacement products with similar dimensions available in the marketplace, BP cannot in fact replace the Solar Panels. Nor is it possible for BP to repair the Solar Panels. Accordingly, the remedies offered by the Warranty fail of their essential purpose, *i.e.*, to put the purchaser in the position he or she would have enjoyed but for breach of the Warranty. The only effective remedy for breach of the Warranty is to remove the existing Solar Panels and replace them with solar panels manufactured by others.

27. The Warranty purports to limit the rights and remedies of purchasers of the Solar Panels in the following particulars:

   a. BP disclaims responsibility for "the costs of any on-site labor and any costs associated with the installation, removal, reinstallation or transportation of [the Solar Panels] or any components thereof for service;"

   b. BP purports to disclaim any implied warranties, including the warranties of merchantability and fitness for a particular use;

   c. BP purports to disclaim responsibility for "any special incidental, consequential or punitive damages arising from the use or loss of use of or failure of [the Solar Panels] to perform as warranted, including but not limited to damages for lost services, cost of substitute services, lost profits or savings, and expenses arising

Biska-White Law Offices
65 Oak Court
Danville, CA 94526
(925) 362-9999

- 5 -

1        out of third-party claims;"

2        d.      The Warranty purports to limit BP's "maximum liability under any warranty,

3                expressed, implied, or statutory, or for any manufacturing or design defects" to

4                "the purchase price of the product;"

5        e.      The Warranty purports to provide that it is the "purchaser's exclusive remedy for

6                breach of warranty or for manufacturing or design defects;" and

7        f.      The Warranty purports to require that "Any claim or dispute arising under or in

8                connection with this warranty certificate must be brought in the courts of the State

9                of Maryland, U.S.A."

10       28.     Each of these purported limitations and exclusions (the "Warranty Exclusions") is

11   unenforceable against Plaintiffs and the Class. The Warranty Exclusions were not bargained for

12   by BP and its customers but were imposed unilaterally by BP. The Warranty Exclusions are

13   unfair in that they are outside the reasonable expectations of the parties thereto, deny consumers

14   an effective remedy and purport to limit the rights of consumers in ways that are unenforceable

15   under relevant state and federal law including, without limitation, the Song-Bervly Consumer

16   Warranty Act and Magnuson-Moss Warranty Act.

17       29.     The Warranty Exclusions are also unfair in that they purport to limit the rights of

18   BP's customers to repair or replacement of a product which cannot be repaired and for which BP

19   has no replacement.

20       30.     The Warranty Exclusion's purported: (1) limitation of BP's liability to the cost of

21   the Solar Panels; (2) exclusion of "the costs of any on-site labor and any costs associated with the

22   installation, removal, reinstallation or transportation of [the Solar Panels] or any components

23   thereof for service;" and (3) exclusion of incidental and consequential damages are unfair because

24   the cost of removing and replacing the Solar Panels is several times the cost of the Solar Panels

25   themselves.

26       31.     Similarly the increased cost of electricity arising from the failure of the Solar

27   Panels could easily exceed the cost of the Solar Panels themselves. The provision purportedly

28   eliminating the right to recover the cost of replacement electricity is especially unfair in light of

Birka-White Law Offices
65 Oak Court
Danville, CA 94526
(925) 362-9999

- 6 -

1  BP's prominent claim that installation of the Solar Panels will reduce or eliminate electricity bills
2  "forever."

3      32.     The unfairness of these limitations in remedy are reinforced by unenforceable
4  provisions of the Warranty stating that it is the "exclusive remedy" for "breach of warranty or for
5  manufacturing or design defects" and the purported exclusion of implied warranties.  In fact,
6  Plaintiffs and the Class have substantial rights and remedies available to them both for breach of
7  implied and express warranty and for redress arising from the defective nature of the Solar Panels
8  which BP cannot lawfully preclude them from asserting.

9      33.     The provisions described in Paragraph 27 above both individually and in
10 combination, deprive Plaintiffs and the Class of any effective remedy for breach of BP's
11 obligations to them.

12     34.     Finally, the provision requiring that any lawsuit arising "under or in connection
13 with" the Warranty be filed in Maryland is unreasonable and unenforceable because it
14 discourages legitimate claims by imposing unreasonable geographical barriers on the plaintiff.  At
15 the time of the events herein alleged, Maryland had no connection to the claims against BP. The
16 cost of asserting claims by California plaintiffs in a forum as remote as Maryland greatly
17 increases the expense of pursuing litigation which is already prohibitively expensive for
18 consumers.  Individually and in conjunction with the combined effect of the other Warranty
19 Exclusions, the requirement that suit be brought in Maryland will discourage the pursuit of valid
20 claims by members of the Class.

21          **2.     Additional Representations by BP Concerning the Solar Panels**

22     35.     In addition to the representations contained in the Warranty, BP engaged in a
23 broad mass marketing campaign for the Solar Panels in which BP made, *inter alia*, the following
24 representations and warranties concerning the Solar Panels:

25     a.      Installation of the Solar Panels will "drastically reduce or eliminate your electric
26             bills...forever." (Source: 2005 Video Transcript: BP Solar and The Home Depot
27             team up to provide BP Solar Home Solutions® to home owners).

28     b.      The Solar Panels will "increase the value of your home" and allow homeowners to

- 7 -

Birka-White Law Offices
65 Oak Court
Danville, CA 94526
(925) 362-9999

1          recover the cost of the Solar Panels "when you sell the house." (Source: 2005

2          Video Transcript: BP Solar and The Home Depot team up to provide BP Solar

3          Home Solutions® to home owners and BP Website 2004 and 2007).

4    c.     BP included language in its Product Data Sheets for the Solar Panels that Model

5          BP 4175B had a "25-year limited warranty of 80% power output; 12-year limited

6          warranty of 90% power output; 5-year limited warranty of materials and

7          workmanship." Similar language is included in the Product Data Sheet for Model

8          BP SX 170B and BP 2150S.

9    d.     "No other system can operate at a higher level of safety than those offered by BP

10         Solar." (Source: BP Website 2002-2005).

11    e.     "Quality, Reliability, and Performance in Every Product. BP Solar products are

12         designed and constructed to provide first class performance and reliability. Our

13         world-class engineers are constantly improving our products to better meet your

14         needs and to ensure product performance and safety through rigorous internal tests

15         and international certifications. It's no wonder our products have an unmatched

16         track record in the field, operating for nearly 30 years in a variety of applications

17         and climates worldwide. Let us introduce you to our distinguishing product

18         features." (Source: BP Website October 2002-November 2006).

19    f.     "High Capacity Junction Box. Our proven junction box design provides reliable

20         electrical connections for metric and non-metric conduit or cable fittings and

21         enables series or parallel array connections." (Source: BP Website October 2002-

22         November 2006).

23    g.     "Our technology is proven around the globe. BP Solar's technology reliability and

24         durability has been proven in some of the harshest environments on the earth and

25         beyond. Our technology is used on satellites in space, in telecommunication towers

26         on gale-swept mountaintops, for cathodic protection in the cold of Alaska and in

27         remote villages in the heat of Africa." (Source: BP Website February 2003).

28    h.     "You can count on our technology; it's proven around the globe. BP Solar's

1  technology reliability and durability has been proven in some of the harshest

2  environments on the earth - and beyond. Our technology is used on satellites in

3  space, in telecommunication towers on wind-swept mountaintops, on weather

4  stations in the bitter cold of Antarctica, and on wells in the searing heat of Africa."

5  (Source: BP Website December 2005-February 2007)

6      36.    The representations and warranties were broadly disseminated in places such as

7  BP's website, in a video played by to potential customers and in marketing materials such as

8  product data sheets. Examples of the representations taken from the BP website are attached

9  hereto as **Exhibit E**. The transcript of the video played to potential customers is attached hereto

10  as **Exhibit F**. Examples of relevant Product Data Sheets are attached hereto as **Exhibit G**.

11     37.    The representations and warranties made by BP concerning the Solar Panels were

12  false because: (1) the defect in the junction box significantly limited or completely eliminated the

13  ability of the System to produce electricity while posing serious risks to property damage and

14  personal injury; and (2) the Solar Panels would not save the property owner money or increase

15  the value of the property. Plaintiffs and members of the Class relied on these representations and

16  warranties and in the absence thereof they would not have, as they did, purchased the Solar

17  Panels or purchase properties on which the Solar Panels were installed at a premium price.

18         **C.    Sale of the Solar Panels by Home Depot**

19     38.    In 2004, BP entered into an agreement with Home Depot to sell its Solar Panels at

20  Home Depot locations throughout California under the brand "BP Solar Home Solution®."

21  Home Depot marketed and sold the BP Solar Home Solution throughout its stores in California.

22     39.    Homeowners were able to purchase the BP Solar Panels by visiting a Home Depot

23  location or contacting the Home Depot solar power hotline. Home Depot would then arrange for

24  the homeowner to meet with one of Home Depot's licensed installers to discuss the installation of

25  the Solar Panels.

26     40.    Once the homeowner elected to purchase the solar system, a contract was entered

27  into between Home Depot and the homeowner. The solar system was then installed by Home

28  Depot's solar panel installer after the installer acquired the necessary permits and materials.

Birka-White Law Offices
65 Oak Court
Danville, CA 94526
(925) 362-9999

- 9 -

1    41.    Home Depot advertised the BP Solar Home Solution® by making the

2    representations and warranties referred to in Paragraph 35 above.

3              **D.     BP's Offers and Product Advisory**

4    42.    As BP received an increasing number of claims arising from the failure of its Solar

5    Panels, BP extended two offers to purchasers which purported to compensate purchasers of

6    defective Solar Panels.  In fact, these offers were intended to persuade purchasers of the Solar

7    Panels to accept wholly inadequate remedies and to allow BP to pay much less than it would be

8    required to pay if the purchasers of its products received the compensation to which they were

9    entitled.

10              **1.     The 2009 Offer**

11    43.    On October 28, 2009, BP made an offer (the "2009 Offer") to purchasers of the

12    Solar panels manufactured through 2006 whereunder: (1) BP would pay $475 to inspect installed

13    Solar Panels; and (2) $100 per Solar Panel towards the cost associated with the removal and

14    replacement of a defective Solar Panel.  A copy of the 2009 Offer is attached hereto as

15    **Exhibit H**.  The 2009 Offer does not cover the actual cost of removing and replacing the

16    defective Solar Panels or damages for loss of power.

17              **2.     The 2010 Offer**

18    44.    On June 10, 2010, BP made another offer (the "2010 Offer") to address claims

19    arising after the date of the offer.  The 2010 Offer included the same $475 for inspection of the

20    Solar Panels but reduced the amount of compensation per panel if more than 10 Solar Panels were

21    determined to be defective.  A copy of the 2010 Offer is attached hereto as **Exhibit I**.  Like the

22    2009 Offer, the 2010 Offer does not cover the actual cost of removing and replacing the defective

23    Solar Panels or damages for loss of power.

24              **3.     The Product Advisory**

25    45.    On July 25, 2012, BP issued a Product Advisory (the "Product Advisory") which

26    purports "to communicate a potential risk when using certain BP Solar modules in specific types

27    of installations."   A copy of the Product Advisory is attached hereto as **Exhibit J**.  The Product

28    Advisory states that testing has revealed a "limited risk of cable to busbar disconnection in the

Birka-White Law Offices
65 Oak Court
Danville, CA 94526
(925) 362-9999

1  junction box that, in rare cases, may lead to a thermal event." The Product Advisory is limited to

2  a small number of models manufactured between March 1, 2005 and October 31, 2006 and

3  applies only when the Solar Panels are (1) "mounted on a roof with no fire resistance rating per

4  UL790 or ASTM E108," i.e., a roof "with no Class A, B or C fire resistance rating per UL790 or

5  ASTM E108;" (2) "integrated into a roof covering" or "ground-mounted above flammable

6  material." Purchasers who meet these criteria are told only that they should contact BP.

7      46.    The Product Advisory greatly understates the risks associated with the junction

8  box failure. First, the risk of junction box failure exists for all Solar Panels – not just the limited

9  number listed in the Product Advisory – manufactured at any time – not just the limited time

10  frame covered by the Product Advisory. Second, the risk of a fire (euphemistically described as a

11  "thermal event") exists even where a roof is fire resistance rated and its occurrence is not "rare."

12  Third, the risk of a junction box failure includes the risk of an electric shock not mentioned in the

13  Product Advisory if someone is on the roof at the time of a failure.

14                 **4.**    **BP's Failure to Warn Class Members and its Effects**

15      47.    Plaintiffs are informed and believe and thereon allege that BP has been aware of

16  the defect in its Solar Panels since at least 2005. BP has long been aware that a junction box

17  failure will eliminate or substantially reduce the capacity of its Solar Panels to generate power

18  and can pose the risk of property damage and personal injury.

19      48.    Plaintiffs are informed and believe and thereon allege that BP has received

20  thousands of reports by owners of the failed Solar Panels. Despite its knowledge of these claims

21  and the defect in the junction box, BP did not – except for the grossly misleading Product

22  Advisory – disclose the junction box defects or the risk of property damage and personal injury to

23  its customers.

24      49.    Members of the Class generally do not know when a junction box failure has

25  occurred until they have suffered such a substantial loss of power that their electricity bills

26  increase substantially. This fact, combined with BP's refusal to provide reasonable and adequate

27  notice to members of the Class regarding safety-related defects in the Solar Panel failures and the

28  associated risks, severely compromises the rights of class members to be apprised of and make

1    legitimate claims against BP.  This unfair practice by BP further places members of the Class at

2    risk of property damage and personal injury.

3                        **E.      BP's Claims Suppression Strategy**

4           50.     BP has made a practice of offering homeowners who make claims substantially

5    less than the amount to which they are entitled, *i.e.*, the cost of removing and replacing the

6    defective Solar Panels and remedying any consequential damages.  Plaintiffs are informed and

7    believe and thereon allege that BP is routinely offering parties who assert claims a payment based

8    on a standard cost per watt for the power warranted, a sum which does not compensate the owner

9    for the cost of removal and replacement and any consequential damage, including post power

10   production.

11          51.     Plaintiffs are informed and believe, and thereon allege that BP invokes the

12   Warranty Exclusions which it knows are not enforceable against Class Members in order to

13   justify these wholly inadequate offers.

14          52.     In addition, the offer is conditioned upon the agreement by the owner not to pursue

15   litigation against BP.  Plaintiffs are informed and believe that BP routinely insists on a provision

16   in the Warranty which requires the owner to surrender possession of the failed Solar Panels to BP.

17   BP has in fact threatened to sue an installer who allegedly did not return all panels to BP.

18          53.     In this manner, BP attempts to settle cheaply with potential class action

19   representatives who could fairly represent the interests of all purchasers.  It also ensures that BP

20   recovers any Solar Panels which could provide proof of the defect if analyzed by experts.

21          54.     BP utilized the 2009 and 2010 Offers and the Claim Suppression Strategy

22   described in the preceding paragraphs to under-compensate owners and ensure that there will be

23   no proceeding in which all owners can receive the remedies they are entitled to under applicable

24   law.

25   **IV.    PLAINTIFFS' INDIVIDUAL ALLEGATIONS**

26          **A.      Allagas**

27          55.     In June 2005, while shopping at Home Depot, Allagas saw an advertisement for

28   the BP Solar Home Solution.  A Home Depot sales representative told Allagas that a Home Depot

Birka-White Law Offices
65 Oak Court
Danville, CA 94526
(925) 362-9999

- 12 -

1    installer would contact him and provide additional details concerning the BP Solar Home

2    Solution. Allagas was subsequently contacted by Mohr Power Solar, Inc. ("Mohr Power"), an

3    installer selected by Home Depot.

4          56.    On June 28, 2005, Allagas purchased the BP Solar Home Solution from Home

5    Depot to be installed at his residence in San Bernardino, California for $24,422. The solar system

6    consisted of twenty-four (24) BP 4175B Solar Panels and was installed by Mohr Power on

7    December 23, 2005.

8          57.    On or about September 19, 2013, Allagas noticed that his solar system was not

9    producing the warranted energy output level. Allagas contacted Mohr Power who inspected the

10   solar system and verified the system was not working. Allagas incurred out-of-pocket costs in the

11   amount of $130.00 for the inspection of the solar system by Mohr Power.

12         58.    On September 23, 2013, Mohr Power returned to Allagas' residence and

13   determined that four of his Solar Panels were not working. Allagas was informed that two of the

14   Solar Panels were had burned out and the glass surface of the other two Solar Panels had

15   shattered as a result of the resulting heat. Allagas incurred out-of-pockets in the amount of

16   $157.50 for the second inspection.

17         59.    Allagas will incur additional out-of-pocket costs associated with the removal and

18   replacement of the four defective Solar Panels. It is likely that the remaining Solar Panels will

19   also exhibit the same junction box failure since they are the same model part as the Solar Panels

20   listed in the Product Advisory.

21         60.    In addition to the out-of-pocket labor costs, Allagas has incurred increased

22   electricity bills that he would not have incurred if his system were functioning properly.

23         61.    Allagas' counsel provided BP with notice of his defective Solar Panels on

24   October 24, 2013. On November 5, 2013, BP offered Allagas $6,720 to purchase and install new

25   panels. The settlement value was calculated using the formula of $1.60 per watt ($1.60 x 175

26   watts x 24 panels = $6,720.00).   The estimated cost to remove and replace the Solar Panels at

27   Allagas' residence is over $20,000. Allagas has also incurred damage for loss of power

28   production and his unreimbursed investigation costs.

Biska-White Law Offices
65 Oak Court
Danville, CA 94526
(925) 362-9999

- 13 -

**B.** **Ray**

62.     In or about April 2005, Ray purchased a solar system from Diablo Solar Services ("Diablo Solar") to be installed at his residence in Brentwood, California. The total cost of the system was $24,026.60. The solar system consisted of eighteen (18) BP SX 170B Solar Panels and was installed by Diablo Solar on or about August 31, 2005.

63.     At least five (5) of Ray's Solar Panels were removed due to junction box failures including "burn marks" and a "blown" Solar Panel.

64.     On September 9, 2013, Ray received an e-mail from a BP representative who offered Ray $4,896.00 to replace his solar system. The settlement value was calculated using the formula of $1.60 per watt ($1.60 x 170 watts x 18 panels), and does not include damages for loss of power production. Ray obtained a bid from Diablo Solar, the original installer, for the removal and replacement of the Solar Panels at $12,704. In addition to cost to remove and replace the solar system, Ray has incurred increased electricity bills that he would not have incurred if his system were functioning properly.

**C.** **Mohrman**

65.     On or about June 1, 2012, Mohrman purchased a home in Danville, California on which twenty (20) BP 2150S Solar Panels were installed. The previous owner of the property purchased the system on November 26, 2001 from Next Energy Corporation ("Next Energy"). The system was installed in or about January 2002. The presence of a solar system was an important consideration to Mohrman when he purchased the property because of the energy cost savings. Mohrman was willing to pay a higher price for the property because of the solar system.

66.     The solar system was working at the time Mohrman purchased the property and he was provided a copy of the Solar Electric Agreement with Next Energy. However, when Mohrman moved into his residence on or about June 29, 2012, the solar system was no longer generating electricity. Mohrman contacted Next Energy who inspected the solar system and verified the system was not working. Two of the Solar Panels installed at the property had burn marks indicative of junction box failures.

67.     On January 18, 2013, Mohrman provided BP with notice of the defective Solar

- 14 -

1   Panels. BP's experts conducted an inspection of Mohrman's property on July 8, 2013.

2   Preliminary testing of the Solar Panels by BP's experts indicated that 11 of the 20 Solar Panels

3   installed at the Mohrman Property were not generating electricity. The nine remaining Solar

4   Panels were at various stages of failure with two having been previously been replaced. After

5   BP's experts connected the nine Solar Panels to a string to determine the amount of electricity

6   being generated, Mohrman inquired if he could turn on his system with the nine working Solar

7   Panels. BP's experts recommended that the system be turned off due to safety concerns regarding

8   additional failures and the risk of fire.

9       68.    As a result of the junction box failures, Mohrman's solar system is completely

10   inoperable and fails to adequately and safely generate power as represented. Between July 2012

11   and June 2013, Mohrman has paid increased energy costs totaling $2,909.13 as a direct result of

12   the lost energy production from the Solar Panels.

13      69.    After retaining counsel, BP offered Mohrman financial compensation of $12,000

14   with which to purchase and install new panels. However, this amount is insufficient to remove

15   and replace Mohrman's system which is estimated to cost $33,696.00.

16   **V.    CLASS ALLEGATIONS**

17      70.    The Class which Plaintiffs seek to represent in this action is composed of six

18   Subclasses defined as follows:

19      **Initial Purchaser Subclass:**    All persons or entities who

20      purchased Solar Panels for installation in California.

21      **Initial Purchaser Consumer Subclass:**    All persons who

22      purchased Solar Panels for installation in California on a private

23      residence.

24      **Home Depot Subclass:** All members of the Initial Purchaser

25      Subclass who purchased Solar Panels from Home Depot.

26      **Home Depot Consumer Subclass:**    All members of the Home

27      Depot Subclass who purchased the Solar Panels for installation in

28      California on a private residence.

Bizka-Whise Law Offices
65 Oak Court
Danville, CA 94526
(925) 362-9999

- 15 -

1   **Subsequent Purchaser Subclass:**   All persons or entities who
2   purchased buildings in California on which the Solar Panels were
3   first mounted.
4   **Subsequent Purchaser Consumer Subclass:**  All persons who
5   purchased private residences in California on which the Solar
6   Panels were first mounted.

7   71.   The Initial Purchaser Consumer Subclass, the Home Depot Consumer Subclass
8   and the Subsequent Purchase Consumer Subclass are referred to herein collectively as the
9   "Consumer Subclasses."

10   72.   Excluded from the Class are defendant, any entity in which defendant has a
11   controlling interest, and its legal representatives, heirs and successors, and any judge to whom
12   any aspect of this case is assigned, and any member of such a judge's immediate family. Claims
13   for personal injury are excluded from the claims of the Class.

14   73.   Plaintiffs reserve the right to modify or amend the Class definition, as appropriate.

15   74.   Individual and representative Plaintiffs bring this lawsuit as a class action, on
16   behalf of themselves and all others similarly situated pursuant to California Code of Civil
17   Procedure § 382 ("CCP § 382") and California Civil Code § 1781 (Civ. Code § 1781).

18   75.   Under Civ. Code § 1781, a court shall permit the suit to be maintained on behalf of
19   all members of the represented class if all of the following conditions exist:

20   a.   It is impracticable to bring all members of the class before the court.

21   b.   The questions of law or fact common to the class are substantially similar and
22   predominate over the questions affecting the individual members.

23   c.   The claims or defenses of the representative Plaintiffs are typical of the claims or
24   defenses of the Class and each Subclass.

25   d.   The representative Plaintiffs will fairly and adequately protect the interests of the
26   class.

27   76.   Under CCP § 382 a class action is proper where the class is ascertainable, there is
28   a well-defined community of interest among class members, the question is one of a common or

Birka-White Law Offices
65 Oak Court
Danville, CA 94526
(925) 362-9999

- 16 -

1    general interest or the parties are numerous and it is impracticable to bring them all before the

2    court.

3         77.     Certification of Plaintiffs' claims for class wide treatment is appropriate because

4    Plaintiffs can prove the elements of their claims on a class-wide basis and because this case meets

5    the requirements of Civ. Code § 1781 and CCP § 382.

6         78.     **Numerosity.**  The members of the Class are so numerous that individual joinder of

7    all the members is impracticable.  Plaintiffs are informed and believe, and thereon allege, that

8    there are at least thousands of purchasers who have been damaged by the conduct alleged herein.

9         79.     **Commonality and Predominance.**  This action involves common questions of

10   law and fact which predominate over any questions affecting individual class members including,

11   without limitation, the following:

12        a.      Whether Defendant BP violated California's Unfair Competition Law, Bus. &

13                Prof. Code § 17200 *et seq.*, by, among other things, engaging in unfair, unlawful,

14                or fraudulent practices;

15        b.      Whether Defendants breached their implied warranties to Plaintiffs and the Class;

16        c.      Whether Defendant BP violated California's Consumer Legal Remedies Act, Civ.

17                Code §1750 *et seq.*, by falsely advertising the Solar Panels were of a certain

18                quality when in fact, they were not;

19        d.      Whether Defendant BP breached its express warranties to Plaintiffs and the Class;

20        e.      Whether Plaintiffs and the Class are entitled to compensatory damages, and the

21                amount of such damages; and

22        f.      Whether Defendants should be declared financially responsible for the costs and

23                expenses of removal and replacement of all Solar Panels as well as compensation

24                for the lost energy generation capacity of the Solar Panels.

25        80.     **Typicality.**  Plaintiffs' claims are typical of the claims of the Class because

26   Plaintiffs, like all members of the Class, have been damaged by Defendants' unlawful conduct, in

27   that Plaintiffs will incur the cost of removing and replacing the defective Solar Panels, and have

28   and will incur the increased costs of electricity resulting from the loss of electricity generation

1　during the period between the failures and replacement. The factual bases and causes of action

2　for Plaintiffs' claims are common to all members of the Class and represent a common course of

3　misconduct resulting in injury to all Class members.

4　　　　81. **Adequacy of Representation.** Plaintiffs are adequate representatives of the Class

5　because their interests do not conflict with the interests of the Class and they have retained

6　counsel competent and experienced in complex class action litigation and who specialize in class

7　actions involving defective construction products. Plaintiffs intend to prosecute this action

8　vigorously and the interests of the Class will be fairly and adequately protected by Plaintiffs and

9　their counsel.

10　　　　82. **Superiority.** A class action is superior to all other available means for the fair and

11　efficient adjudication of this controversy in that:

12　　　　a.　The prosecution of separate actions by individual members of the Class would

13　　　　　　create a foreseeable risk of inconsistent or varying adjudications which would

14　　　　　　establish incompatible results and standards for Defendants;

15　　　　b.　Adjudications with respect to individual members of the Class would, as a

16　　　　　　practical matter, be dispositive of the interests of the other members not parties to

17　　　　　　the individual adjudications or would substantially impair or impede their ability to

18　　　　　　protect their own separate interests;

19　　　　c.　Class action treatment avoids the waste and duplication inherent in potentially

20　　　　　　thousands of individual actions, and conserves the resources of the courts; and

21　　　　d.　The claims of individual class members are not large when compared to the cost

22　　　　　　required to litigate such claims. The individual Class members' claims are on

23　　　　　　average approximately $20,000 to $25,000. Given the high cost of litigation, it

24　　　　　　would be impracticable for the members of the Class to seek individual redress for

25　　　　　　Defendants' wrongful conduct. The class action device provides the benefits of

26　　　　　　single adjudication, economies of scale, and comprehensive supervision by a

27　　　　　　single court. The case presents no significant management difficulties which

28　　　　　　outweigh these benefits.

Birka-White Law Offices
65 Oak Court
Danville, CA 94526
(925) 362-9999

e.     In the absence of the injunctive and declaratory relief requested herein Defendant BP will continue to attempt to enforce the Warranty Exclusions which are not enforceable, resulting in unreasonable settlements in which members of the Class do not receive fair compensation for their injury.

## VI.     DAMAGE

83.     As a result of the facts alleged herein, Plaintiffs and the Class have been or will be compelled to incur cost and expense to, *inter alia*, investigate the reasons for the failure of their Solar Panels, remove and replace the Solar Panels and the pay increased electricity costs resulting from the loss of electricity generated by the Solar Panels.

## VII.    STATUTE OF LIMITATIONS ISSUES

84.     The defect in the junction box does not become apparent until a sufficient number of Solar Panels have failed, resulting in a loss of power and an increase in utility bills. Even when such failures occur, it is difficult for members of the Class to determine the actual cause of the failure.   Accordingly, Plaintiffs did not and members of the Class do not become aware of the misrepresentations and breaches of warranty alleged herein until the defects in the Solar Panels become manifest and the property owner does sufficient investigation to identify the source of the problem.  Accordingly, the statute of limitations for the claims asserted herein does not commence to run until some period of time after the Solar Panels have failed.

85.     In addition, because of the safety risk posed by the junction box failure, and the lack of awareness of Plaintiffs and the Class of such risks, BP was obligated to disclose the defect in the junction box and its safety implications a soon as it became aware of them.  Despite this duty, BP did not make any general disclosure of the risk associated with the junction box failure until the date of Product Advisory.  As alleged previously, the Product Advisory grossly misstates the nature and extent of the risk to Plaintiffs and the Class.

86.     Because of the safety implications of the junction box defect, BP was under a continuous duty to disclose this defect to Plaintiffs and the Class.   Plaintiffs and the Class reasonably relied upon BP's concealment of the defect and its representations concerning the quality of the Solar Panels. As a result of this reliance, Plaintiffs and members of the Class

1    purchased the Solar Panels and failed to assert claims against BP until they became aware of the

2    failure of the Solar Panels and its cause.  Accordingly, BP is estopped to rely on any statutes of

3    limitation in defense of this action.

### FIRST CAUSE OF ACTION

**(For Violation of the California Consumer Legal Remedies Act)**

**(By Plaintiffs and the Consumer Subclasses against BP)**

7    87.    Plaintiffs incorporate by reference each allegation set forth in the preceding

8    paragraphs.

9    88.    The Solar Panels are "goods" as defined by Civil Code § 1761(a).

10   89.    Defendant BP is a "person" as defined by Civil Code § 1761(c).

11   90.    Plaintiffs and members of the Consumer Subclasses are "consumers" as defined by

12   Civil Code § 1761(d) who purchased the Solar Panels for personal, family, and household

13   purposes.

14   91.    The purchase by Plaintiffs and members of the Consumer Subclasses of the Solar

15   Panels are "transactions" as defined by Civil Code § 1761(e).

16   92.    Under the Consumers Legal Remedies Act ("CLRA"), Civil Code § 1770, *et seq.*,

17   the following methods of competition and unlawful when any person in a transaction intended to

18   result or which results in the sale or lease of goods or services to any consumer:

19      a.    Representing that goods ... have sponsorship, approval, characteristics,

20            ingredients, uses, benefits, or quantities which they do not have." Civil Code

21            § 1770(a)(5).

22      b.    Representing that goods ... are of a particular standard, quality, or grade, or that

23            goods are of a particular style or model, if they are of another." Civil Code

24            § 1770(a)(7).

25      c.    Inserting an unconscionable provision in the contract.  Civil Code § 1770(a)(19).

26   93.    Defendant BP violated Civil Code §§ 1770(a)(5) and (a)(7) when it represented,

27   through advertising and other express representations that the Solar Panels had benefits or

28   characteristics that they did not actually have and were of a certain standard or quality, when they

Birka-White Law Offices
65 Oak Court
Danville, CA 94526
(925) 362-9999

1   were not.

2       94.     Defendant BP violated Civil Code § 1770(a)(19) by including in the Warranty the

3   unconscionable Warranty Exclusions.

4       95.     Had Plaintiffs and members of the Consumer Subclasses known that the

5   representations and warranties made by BP concerning the Solar Panels were false and that

6   installation posed the risk of fire, Plaintiffs and members of the Consumer Subclasses would not

7   have purchased the Solar Panels or purchased properties on which the Solar Panels were installed.

8       96.     As a result of Defendant BP's unfair and deceptive acts and practices, Plaintiffs

9   and members of the Consumer Subclasses have been harmed and seek actual damages according

10  to proof, attorneys' fees and costs and such other relief as the court deems proper.

11      97.     Allagas served Defendant BP with notice of its violations of the CLRA pursuant to

12  Civil Code § 1782 (the "Notice") by certified mail on October 28, 2013.  A copy of the Notice is

13  attached hereto as **Exhibit K**.  Defendant BP failed to provide or offer to provide remedies for its

14  violations of the CLRA within 30 days of the date of the Notice.

15                      <u>**SECOND CAUSE OF ACTION**</u>

16                      **(For Breach of Express Warranty)**

17                    **(By Plaintiffs and the Class against BP)**

18      98.     Plaintiffs incorporate by reference each allegation set forth in the preceding

19  paragraphs.

20      99.     BP is not entitled to enforce the Warranty Exclusions because they are

21  unconscionable and violate the provisions of applicable law including, without limitation, the

22  Song-Beverly Consumer Warranty Act and the Magnuson – Moss Warranty Act.

23      100.    Because the Solar Panels either have failed or are certain to fail within their

24  expected useful life, BP is in breach of both the Defect Warranty and the Power Warranties

25  contained in the Warranty.

26      101.    BP has failed to remedy the breach of the Warranty for either Plaintiffs or the

27  Class.

28      102.    Plaintiffs have notified BP of its breach of the Warranty. In addition, the Notice

Birka-White Law Offices
65 Oak Court
Danville, CA 94526
(925) 362-9999

- 21 -

provided BP with timely notice on behalf of the Class of the breach of the Warranty and the invalidity of the Warranty Exclusions alleged herein.

103.    Further notice to BP of its breach of the Warranty would be futile because BP is aware of and has acknowledged the defects in the Solar Panels and, because it no longer manufactures the Solar Panels, it cannot provide to Plaintiffs and the Class any remedy other than replacement of the Solar Panels with other panels.

104.    As a result of BP's breach of the Warranty, Plaintiffs and the Class have suffered damages in an amount to be proven at trial.

### THIRD CAUSE OF ACTION

**(Breach of Express Warranty - Magnuson-Moss Warranty Act)**

**(By Plaintiffs and the Consumer Subclasses against BP)**

105.    Plaintiffs incorporate by reference each allegation set forth in the preceding paragraphs.

106.    The Solar Panels are a consumer product as defined in 15 U.S.C. § 2301(1).

107.    Plaintiffs and the members of the Consumer Subclasses are consumers as defined in 15 U.S.C. § 2301(3).

108.    Defendant BP is a supplier and warrantor as defined in 15 U.S.C. § 2301(4) and (5).

109.    The Warranty contains "written warranties" within the meaning of 15 U.S.C. § 2301(6).

110.    As alleged previously, BP has breached the Warranty.

111.    Additionally, pursuant to 15 U.S.C. § 2304(d)(1), BP may not assess Plaintiffs or the Consumer Subclasses any costs the warrantor or his representatives incur in connection with the required remedy of a warranted product...[I]f any incidental expenses are incurred because the remedy is not made within a reasonable time or because the warrantor imposed an unreasonable duty upon the consumer as a condition of securing remedy, then the consumer shall be entitled to recover reasonable incidental expenses which are so incurred in any action against the warrantor." BP has refused to pay all costs associated with the removal and replacement of

Birka-White Law Offices
65 Oak Court
Danville, CA 94526
(925) 362-9999

1   the Solar Panels.

2       112.    Plaintiffs have provided BP with notice of breach of the Warranty and a reasonable

3   opportunity to cure the breach.  In addition, the Notice afforded BP notice on behalf of the

4   Consumer Subclasses of its breach of the Warranty and a reasonable opportunity to remedy the

5   breach.  BP has failed to remedy the breach of its obligations to the Consumer Subclasses under

6   the Warranty.

7       113.    Further notice to BP of its breach of the Warranty would be futile because BP is

8   aware of and has acknowledged the defects in the Solar Panels and, because it no longer

9   manufactures the Solar Panels, it cannot provide to Plaintiffs and the Consumer Subclasses any

10  remedy other than  replacement of the Solar Panels with other panels.

11      114.    As a result of BP's breach of the Warranty, Plaintiffs and the Consumer

12  Subclasses have been damaged in an amount to be proven at trial.

13                          **FOURTH CAUSEO F ACTION**

14          **(Breach of Express Warranty under Song-Beverly Consumer Warranty Act)**

15                  **(By Plaintiffs and the Consumer Subclasses against BP)**

16      115.    Plaintiffs incorporate by reference each allegation set forth in the preceding

17  paragraphs.

18      116.    The Solar Panels are consumer goods within the meaning of California's Song-

19  Beverly Consumer Warranty Act.

20      117.    BP is a "manufacturer" within the meaning of the statute.

21      118.    Plaintiffs and members of the Consumer Subclasses purchased Solar Panels within

22  the State of California.

23      119.    As alleged previously, BP breached the Warranty.

24      120.    Plaintiffs have provided BP with notice of breach of the Warranty and a reasonable

25  opportunity to cure the breach.  In addition, the Notice afforded BP notice on behalf of the

26  Consumer Subclasses of its breach of the Warranty and a reasonable opportunity to remedy the

27  breach.  BP has failed to remedy the breach of its obligations to the Consumer Subclasses under

28  the Warranty.

121. Further notice to BP of its breach of the Warranty would be futile because BP is aware of and has acknowledged the defects in the Solar Panels and, because it no longer manufactures the Solar Panels, it cannot provide Plaintiffs and the Consumer Subclasses any remedy other than replacement of the Solar Panels with other panels.

122. As a result of BP's breach of the Warranty, Plaintiffs and the Consumer Subclasses have been damaged in an amount to be proven at trial.

## FIFTH CAUSE OF ACTION

### (Breach of Implied Warranty)

### (By Plaintiffs and the Class against All Defendants)

123. Plaintiffs incorporate by reference each allegation set forth in the preceding paragraphs.

124. The sale by Defendants of the Solar Panels was accompanied by implied warranties that the Solar Panels were merchantable and fit for the ordinary purpose for which such products were sold (the "Implied Warranties").

125. Home Depot sold the Solar Panels directly to Allagas and members of the Home Depot Subclass and they are therefore in direct privity with Home Depot.

126. BP issued the Warranty to Allagas, Ray and the Initial Purchaser Subclass. BP extended the benefit of the Warranty to Mohrman and members of the Subsequent Purchaser Subclass. BP is therefore in direct privity with each Plaintiff and all members of the Class.

127. As previously alleged, Defendants breached the Implied Warranties in that the Solar Panels are: (1) not fit for their intended use, and (2) not merchantable quality.

128. Plaintiffs have provided BP with notice of breach of the Implied Warranties and a reasonable opportunity to cure the breach. In addition, the Notice afforded BP notice on behalf of the Class of its breach of the Implied Warranties and a reasonable opportunity to remedy the breach. BP has failed to remedy the breach of its obligations to the Class under the Implied Warranties.

129. Further notice to BP of its breach of the Implied Warranties would be futile because BP is aware of and has acknowledged the defects in the Solar Panels and, because it no

- 24 -

Birka-White Law Offices
65 Oak Court
Danville, CA 94526
(925) 362-9999

1  longer manufactures the Solar Panels, it cannot provide to Plaintiffs and the Class any remedy

2  other than replacement of the Solar Panels with other panels.

3      130.   As a result of the breach of the Implied Warranties, Plaintiffs and the Class have

4  been damaged in an amount to be proven at trial.

5  **SIXTH CAUSE OF ACTION**

6  **(Breach of Implied Warranty - Magnuson-Moss Warranty Act)**

7  **(By Plaintiffs and the Consumer Subclasses against All Defendants)**

8      131.   Plaintiffs incorporate by reference each allegation set forth in the preceding

9  paragraphs.

10      132.   Plaintiffs and the Consumer Subclasses are consumers as defined in 15 U.S.C.

11  § 2301(3).

12      133.   Defendants are suppliers and warrantors as defined in 15 U.S.C. § 2301(4) and (5).

13      134.   The Solar Panels are consumer products as defined in 15 U.S.C. § 2301(1).

14      135.   Under 15 U.S.C. §2301(7), Defendants extended the Implied Warranties to

15  Plaintiffs and the Consumer Subclasses.

16      136.   Defendants breached the Implied Warranties by selling Solar Panels that were

17  neither merchantable nor fit for their intended purpose.

18      137.   Under 15 U.S.C. §2310(e), notice of breach of warranty need not be provided until

19  after Plaintiff has been appointed Consumer Subclasses Representative.

20      138.   Plaintiffs have provided BP with notice of breach of the Implied Warranties and a

21  reasonable opportunity to cure the breach. In addition, the Notice afforded BP notice on behalf of

22  the Consumer Subclasses of its breach of the Implied Warranties and a reasonable opportunity to

23  remedy the breach. BP has failed to remedy the breach of its obligations to the Consumer

24  Subclasses under the Implied Warranties.

25      139.   As a result of Defendants' breach of the Implied Warranties, Plaintiffs and the

26  Consumer Subclasses have been damaged in an amount to be proven at trial.

27      / / /

28      / / /

Birka-White Law Offices
65 Oak Court
Danville, CA 94526
(925) 362-9999

- 25 -

# SEVENTH CAUSE OF ACTION

## (Breach of Implied Warranty under Song-Beverly Consumer Warranty Act)

## (By Plaintiffs and the Consumer Subclasses against All Defendants)

140.     Plaintiffs incorporate by reference each allegation set forth in the preceding paragraphs.

141.     Under the Song-Beverly Consumer Warranty Act, Civ. Code § 1792 *et seq.*, every sale of consumer goods in the State of California is accompanied by both a manufacturer's and retail seller's implied warranty that the goods are merchantable.

142.     The Solar Panels are consumer goods within the meaning of the statute.

143.     Defendant BP is a "manufacturer" and Defendant Home Depot is a "retail seller" within the meaning of the statute.

144.     Plaintiffs and Consumer Subclasses Members purchased Solar Panels in the State of California.

145.     By operation of law, all Defendants made the Implied Warranties to Plaintiffs and the Consumer Subclasses concerning the Solar Panels.

146.     Defendants have breached the Implied Warranties by selling Solar Panels which were not of merchantable quality and which failed to perform the tasks for which they were intended.

147.     Members of the Home Depot Consumer Subclass are in privity with Home Depot. Plaintiffs and all other Consumer Subclasses Members do not have to be in privity with any Defendant in order to enforce the Implied Warranties. Civil Code § 1792, which provides that "[u]nless disclaimed in the manner prescribed by this chapter, every sale of consumer goods that are sold at retail in this state shall be accompanied by the manufacturer's and the retail seller's implied warranty that the goods are merchantable," has no privity requirement.

148.     Plaintiffs have provided BP with notice of breach of the Implied Warranties and a reasonable opportunity to cure the breach. In addition, the Notice afforded BP notice on behalf of the Consumer Subclasses of its breach of the Implied Warranties and a reasonable opportunity to remedy the breach. BP has failed to remedy the breach of its obligations to the Consumer

- 26 -

1  Subclasses under the Implied Warranties.

2      149.    Further notice to BP of its breach of the Implied Warranties would be futile

3  because BP is aware of and has acknowledged the defects in the Solar Panels and, because it no

4  longer manufactures the Solar Panels, it cannot provide to Plaintiffs and the Class any remedy

5  other than  replacement of the Solar Panels with other panels.

6      150.    As a result of Defendants' breaches of the Implied Warranties, Plaintiffs and

7  Consumer Subclasses Members have been damaged in an amount to be proven at trial.

8                                    **EIGHTH CAUSE OF ACTION**

9                              **(For Violation of Unfair Competition Law)**

10                            **(By Plaintiffs and the Class against BP)**

11     151.    Pursuant to Bus. & Prof. Code § 17200, "unfair competition shall mean and

12  include any unlawful, unfair or fraudulent business act or practice and unfair, deceptive, untrue or

13  misleading advertising."

14     152.    BP's actions, as alleged herein, constitute deceptive, unfair, fraudulent, and

15  unlawful practices committed in violation of the Bus. & Prof. Code § 17200, *et seq.*

16     153.    All of the conduct and representations alleged herein occurred in the course of

17  BP's business and were part of a pattern or generalized course of conduct.

18     154.    BP's conduct was unlawful because it violated the Consumer Legal Remedies Act,

19  Magnuson-Moss Warranty Act and Song-Beverly Consumer Warranty Act as previously alleged.

20     155.    The advertising and sale of the Solar Panels by use of brochures and warranty

21  documents as alleged above was "fraudulent" because it was likely to and did deceive purchasers

22  into believing that the Solar Panels would be durable and provide safe and reliable power for

23  decades.  The Solar Panels are not durable or safe and fail to produce the specified level of power

24  well in advance of the Warranty Period.

25     156.    BP's deceptive, unfair, fraudulent, and unlawful conduct alleged herein was

26  specifically designed to and did induce Allagas, Ray and members of the Initial Purchaser

27  Subclass to purchase the Solar Panels.

28     157.    Allagas, Ray and members of the Initial Purchaser Subclass reasonably and

Bieka-White Law Offices
65 Oak Court
Danville, CA 94526
(925) 362-9999

- 27 -

justifiably relied on Defendant BP's deceptive, unfair, and unlawful conduct alleged herein. But for such conduct, Allagas and members of the Initial Purchaser Subclass would not have purchased the BP Solar Panels.

158.    As a result of Defendant BP's unfair methods of competition and unfair or deceptive acts or practices, Allagas, Ray and members of the Initial Purchaser Subclass have suffered injury-in-fact, lost money, and lost property, in that they have incurred out-of-pocket labor costs and energy loss associated with the faulty solar system.

159.    Pursuant to Bus. & Prof. Code §§ 17203, 17204, Allagas, Ray, and Class Members seek to recover from Defendants restitution of earnings, profits, compensation and benefit obtained as a result of the practices that are unlawful under Bus. & Prof. Code § 17200 *et seq.,* and other appropriate relief, according to proof.

160.    Additionally, by threatening to enforce and actually enforcing the Warranty Exclusions, by engaging in the Claim Suppression Strategy and by understating and failing to disclose the risk of fire resulting from the failure of the Solar Panels, BP acted unfairly and unlawfully against all members of the Class. Members of the Class have been injured and will continue to be injured by the enforcement of the Warranty Exclusions, the Claim Suppression Strategy and the understatement of the risk of fire posed by the Solar Panels.

161.    The enforcement and threatened enforcement of the Warranty Exclusions, the Claim Suppression Strategy and the understatement and nondisclosure of the risk of fire resulting from the failure of the Solar Panels are unfair in that they: (1) violate public policy as expressed in the Consumer Legal Remedies Act, the Magnuson-Moss Warranty Act and the Song-Beverly Consumer Warranty action; (2) are immoral, unethical, oppressive, unscrupulous and substantially injurious to consumers and these factors are not offset by the utility of BP's conduct since the conduct is intended to and does only provide impediments to the assertion of valid claims for recovery and limit the damages which BP is legally obligated to compensate; and (3) inflict substantial injury on consumers which is not outweighed by any countervailing benefits to consumers or competition and the injury to consumers is one consumers could reasonably have avoided.

Birka-White Law Offices
65 Oak Court
Danville, CA 94526
(925) 362-9999

- 28 -

162. Unless enjoined, BP's continued insistence upon the unenforceable Warranty Exclusions and its further pursuit of the Claim Suppression Strategy threaten to harm the public in the future.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, on behalf of themselves and all others similarly situated, prays the Court to certify the Class as defined hereinabove, to enter judgment against Defendants and in favor of the Class, and to award the following relief:

1. For Certification of the proposed Class and each Subclass thereof;

2. For compensatory damages as alleged herein, according to proof;

3. For restitution and/or disgorgement of revenues, earnings, profits, compensation, and benefits which were received by Defendants as a result of unlawful business acts or practices, according to proof;

4. For an injunction enjoining BP from enforcing, threatening to enforce or claiming the right to enforce any of the Warranty Exclusions and from further pursuit of the Claims Suppression Strategy, including a requirement that: (1) BP advise consumers affirmatively of their rights to all damages to which they are lawfully entitled; (2) BP make full disclosure to all members of the Class concerning the risk of fire or electrocution resulting from the failure of the Solar Panels and advise members of the Class how they can determine if their Solar Panels have failed.

5. For costs and attorneys' fees, as allowed by law; and

6. For such other further legal or equitable relief as this Court may deem appropriate under the circumstances.

Dated: January 8, 2014

BIRKA-WHITE LAW OFFICES

By:
DAVID M. BIRKA-WHITE

Attorneys for Individual and Representative Plaintiffs MICHAEL ALLAGAS, ARTHUR RAY and BRETT MOHRMAN

# EXHIBIT A

# EXHIBIT A

## Model No.

BP 170B
BP 175B
BP 175I
BP 2150S
BP 3150S
BP 3155S
BP 3160B
BP 3160S
BP 3165S
BP 3170S
BP 3195Q
BP 4170B
BP 4175B
BP 4175I
BP 4175S
BP SX 150B
BP SX 150S
BP SX 160B
BP SX 170B
BP SX 4175S
BP SX3 150S

# EXHIBIT B

1   David M. Birka-White (State Bar No. 85721)
    dbw@birka-white.com
2   Mindy M. Wong (State Bar No. 267820)
    mwong@birka-white.com
3   BIRKA-WHITE LAW OFFICES
    65 Oak Court
4   Danville, CA 94526
    Telephone:  (925) 362-9999
5   Facsimile:  (925) 362-9970

6   Attorneys for Individual and Representative
    Plaintiffs Michael Allagas, Arthur Ray, and
7   Brett Mohrman

8                 **IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                     **IN AND FOR THE COUNTY OF CONTRA COSTA**

10  MICHAEL ALLAGAS, ARTHUR RAY            Case No.
    and BRETT MOHRMAN, on behalf of
11  themselves and all others similarly situated,    **DECLARATION OF ARTHUR RAY**

12              Plaintiffs,

13          vs.

14  BP SOLAR INTERNATIONAL, INC.,
    HOME DEPOT U.S.A., INC. and
15  DOES 1-10, inclusive,

16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ARTHUR RAY

1    I, ARTHUR RAY, declare as follows:

2         1.    I am a Plaintiff and proposed class representative in this case. I have personal

3    knowledge of the matters set forth below, except as to those matters stated herein which are based

4    on information and belief, which matters I believe to be true. If called to testify, I could and

5    would testify competently to these matters herein included.

6         2.    I am informed and believe that venue is proper in this court under Civil Code

7    § 1780(d) because I purchased my BP SX 170B solar panels in Contra Costa County and all

8    transactions between myself and BP Solar International, Inc. occurred in this County.

9         I declare under penalty of perjury under the laws of the State of California that the

10   foregoing is true and correct.

11   Executed this 8 day of January, 2014, at Brentwood, California.

12

13                                                ARTHUR RAY

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Parko-White Law Offices
65 Oak Court
Danville, CA 94526
(925) 362-9999

- 2 -
DECLARATION OF ARTHUR RAY

Ex. 2, p. 39

# EXHIBIT C

1   David M. Birka-White (State Bar No. 85721)
    dbw@birka-white.com
2   Mindy M. Wong (State Bar No. 267820)
    mwong@birka-white.com
3   BIRKA-WHITE LAW OFFICES
    65 Oak Court
4   Danville, CA 94526
    Telephone:  (925) 362-9999
5   Facsimile:  (925) 362-9970

6   Attorneys for Individual and Representative
    Plaintiffs Michael Allagas, Arthur Ray, and
7   Brett Mohrman

8                 **IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                   **IN AND FOR THE COUNTY OF CONTRA COSTA**

10  MICHAEL ALLAGAS, ARTHUR RAY          Case No.
    and BRETT MOHRMAN, on behalf of
11  themselves and all others similarly situated,   **DECLARATION OF BRETT MOHRMAN**

12                Plaintiffs,

13          vs.

14  BP SOLAR INTERNATIONAL, INC.,
    HOME DEPOT U.S.A., INC. and
15  DOES 1-10, inclusive,

16                Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

Birka-White Law Offices
65 Oak Court
Danville, CA 94526
(925) 362-9999

DECLARATION OF BRETT MOHRMAN
Ex. 2, p. 41

1      I, BRETT MOHRMAN, declare as follows:

2      1.     I am a Plaintiff and proposed class representative in this case. I have personal

3 knowledge of the matters set forth below, except as to those matters stated herein which are based

4 on information and belief, which matters I believe to be true. If called to testify, I could and

5 would testify competently to these matters herein included.

6      2.     I am informed and believe that venue is proper in this court under Civil Code

7 § 1780(d) because my home on which the solar panels manufactured by BP Solar International,

8 Inc. ("BP") are installed is located in Contra Costa County and all transactions between myself and

9 BP occurred in this County.

10     I declare under penalty of perjury under the laws of the State of California that the

11 foregoing is true and correct.

12     Executed this ___ day of January, 2014, at Danville, California.

BRETT MOHRMAN

DECLARATION OF BRETT MOHRMAN

Birka-White Law Offices
65 Oak Court
Danville, CA 94526
(925) 362-9999

Ex. 2, p. 42

# EXHIBIT D

## JUNCTION BOX FAILURES



**Model No. BP SX3 150S (Front) – Burn Mark and Shattered Glass from Junction Box Failure**



**Model No. BP SX3 150S (Back)**
**Melted junction box due to overheating caused by junction box failure.**

1



**Model No. BP SX3 150S – Burned Connecting Cable Associated with Junction Box Failure**



**Model No. BP SX3 150S – Close Up of Burned Connecting Cable**

2



**Model No. BP 4175B (Allagas Property)**
**Burn Mark and Shattered Glass from Junction Box Failure**



**Model No. BP 2150S (Mohrman Property)**
**Burn Mark and Shattered Glass from Junction Box Failure**

3

# EXHIBIT E



| why choose bp solar | system details | solar economics | how to buy |

## solar economics

**how much does it cost?**

solar saving estimator

rebates & incentives

financing

faqs

home

Because each BP Solar Home Solution® is a unique, customized system based on the individual needs of each homeowner, the price varies from home to home. System size, local permitting, installation requirements, and roof size, type and layout all influence the cost of a BP Solar Home Solution®.

The total cost of your BP Solar Home Solution® will be offset by a number of factors, including:

- Financial rebates, incentives and subsidies available in your area
- The ongoing savings you will realize from generating your own electricity

With a few inputs from you, our Solar Savings Estimator will calculate the potential cost and savings associated with putting a solar system on your home. The Solar Savings Estimator uses a database of utility rates, sunlight intensities and current rebates and tax incentives specific to your zip code. To get a guaranteed, all-inclusive price quote, set up a dealer visit by calling 1-866-BP SOLAR.

**Improve your Home Resale Value**

A solar system can also increase the value of your home. According to the California Energy Commission, more than 50% of California homeowners surveyed said they would be willing to pay more for a home equipped with renewable energy technologies. And, in a study conducted by Marylander Marketing Research, Inc., more than 60% of homeowners in San Francisco, Los Angeles, Fresno and San Diego said that they would be more interested in a home already equipped with a renewable energy system.



**testimonial**

 testimonial

The McNeil Residence
Moorepark, California

bp solar.com home     legal notice     privacy statement     **search**     [ go ]



about us    about solar power    **products & services**    solar applications

# bp solar advantage

You are here: BP Solar > Products & Services > Core Competencies > BP Solar Advantage

menu
**Core Competencies**
Areas of Expertise
BP Solar Advantage
Experience & Capabilities

## The Right Solution for Your Specific Application

**Global Reach**
In addition to manufacturing quality products in state-of-the art facilities around the world, BP Solar has an extensive network of offices staffed by highly trained and dedicated projects teams. These teams provide the experience that you need to make your project a success. The entire BP Solar organization is customer driven to provide you with the right solution for your specific application. Using sophisticated computer-sizing models, we can assess your power needs and provide the best and most economical power solution. Our proven track record of installations in more than 160 countries is unmatched in the industry.

**Innovative Technologies**
As an innovative leader in solar electric technology, BP Solar has been pursuing excellence in not just one, but several solar technologies. For nearly three decades we have made technological advances in cell efficiencies, materials, manufacturing, and volume production that have resulted in making solar electricity a practical source of electric energy. Our constant innovation has kept us at the forefront of the solar industry, meaning you receive the most highly developed, performance-tested products available today. Our extensive product line, combined with the most experienced technical support team means we are constantly working to exceed your expectations.

**Third Party Accreditation**
No other system can operate at a higher level of safety than those offered by BP Solar. We offer modules that are UL Listed for electrical and fire safety; they are FM-Approved for use in NEC Class 1, Division 2, Group D hazardous locations (where flammable gases may be present).

| bpsolar.com home | press center | career center | contact us | site map | |
|---|---|---|---|---|---|

© 2002 BP Solar International LLC    **LEGAL NOTICE**    Privacy statement    FAQ   HELP    search Enter query    go



# bp solar advantage

You are here: BP Solar > Products & Services > Core Competencies > BP Solar Advantage

**menu**
**Core Competencies**
Areas of Expertise
BP Solar Advantage
Experience & Capabilities

## The Right Solution for Your Specific Application

**Global Reach**
In addition to manufacturing quality products in state-of-the art facilities around the world, BP Solar has an extensive network of offices staffed by highly trained and dedicated projects teams. These teams provide the experience that you need to make your project a success. The entire BP Solar organization is customer driven to provide you with the right solution for your specific application. Using sophisticated computer-sizing models, we can assess your power needs and provide the best and most economical power solution. Our proven track record of installations in more than 160 countries is unmatched in the industry.

**Innovative Technologies**
As an innovative leader in solar electric technology, BP Solar has been pursuing excellence in not just one, but several solar technologies. For nearly three decades we have made technological advances in cell efficiencies, materials, manufacturing, and volume production that have resulted in making solar electricity a practical source of electric energy. Our constant innovation has kept us at the forefront of the solar industry, meaning you receive the most highly developed, performance-tested products available today. Our extensive product line, combined with the most experienced technical support team means we are constantly working to exceed your expectations.

**Third Party Accreditation**
No other system can operate at a higher level of safety than those offered by BP Solar. We offer modules that are UL Listed for electrical and fire safety; they are FM-Approved for use in NEC Class 1, Division 2, Group D hazardous locations (where flammable gases may be present).





about us    about solar power    **products & services**    solar applications

# bp solar advantage

You are here: BP Solar > Products & Services > Core Competencies > BP Solar Advantage

**menu**
**Core Competencies**
Areas of Expertise
BP Solar Advantage
Experience & Capabilities

## The Right Solution for Your Specific Application

**Global Reach**
In addition to manufacturing quality products in state-of-the art facilities around the world, BP Solar has an extensive network of offices staffed by highly trained and dedicated projects teams. These teams provide the experience that you need to make your project a success. The entire BP Solar organization is customer driven to provide you with the right solution for your specific application. Using sophisticated computer-sizing models, we can assess your power needs and provide the best and most economical power solution. Our proven track record of installations in more than 160 countries is unmatched in the industry.



**Innovative Technologies**
As an innovative leader in solar electric technology, BP Solar has been pursuing excellence in not just one, but several solar technologies. For nearly three decades we have made technological advances in cell efficiencies, materials, manufacturing, and volume production that have resulted in making solar electricity a practical source of electric energy. Our constant innovation has kept us at the forefront of the solar industry, meaning you receive the most highly developed, performance-tested products available today. Our extensive product line, combined with the most experienced technical support team means we are constantly working to exceed your expectations.

**Third Party Accreditation**
No other system can operate at a higher level of safety than those offered by BP Solar. We offer modules that are UL Listed for electrical and fire safety; they are FM-Approved for use in NEC Class 1, Division 2, Group D hazardous locations (where flammable gases may be present).

| bpsolar.com home | press center | career center | contact us | site map |
|---|---|---|---|---|

© 2002 BP Solar International LLC    **LEGAL NOTICE**    Privacy statement    FAQ   HELP    search   Enter query     go

about us    about solar power    **products & services**    solar applications

 bp solar

# bp solar advantage

You are here: BP Solar > Products & Services > Core Competencies > BP Solar Advantage

**menu**
**Core Competencies**
Areas of Expertise
BP Solar Advantage
Experience & Capabilities

## The Right Solution for Your Specific Application



**Global Reach**
In addition to manufacturing quality products in state-of-the art facilities around the world, BP Solar has an extensive network of offices staffed by highly trained and dedicated projects teams. These teams provide the experience that you need to make your project a success. The entire BP Solar organization is customer driven to provide you with the right solution for your specific application. Using sophisticated computer-sizing models, we can assess your power needs and provide the best and most economical power solution. Our proven track record of installations in more than 160 countries is unmatched in the industry.

**Innovative Technologies**
As an innovative leader in solar electric technology, BP Solar has been pursuing excellence in not just one, but several solar technologies. For nearly three decades we have made technological advances in cell efficiencies, materials, manufacturing, and volume production that have resulted in making solar electricity a practical source of electric energy. Our constant innovation has kept us at the forefront of the solar industry, meaning you receive the most highly developed, performance-tested products available today. Our extensive product line, combined with the most experienced technical support team means we are constantly working to exceed your expectations.

**Third Party Accreditation**
No other system can operate at a higher level of safety than those offered by BP Solar. We offer modules that are UL Listed for electrical and fire safety; they are FM-Approved for use in NEC Class 1, Division 2, Group D hazardous locations (where flammable gases may be present).

bpsolar.com home    press center    career center    contact us    site map

© 2002 BP Solar International LLC    **LEGAL NOTICE**    Privacy statement    FAQ  HELP    search  Enter query    GO



# product features

You are here: BP Solar > Products & Services > Product Features

**menu**
**Products & Services**
Product Overview
Product Features
Solar Products
Packaged Systems
System Accessories

### Quality, Reliability, and Performance in Every Product

BP Solar products are designed and constructed to provide first class performance and reliability. Our world-class engineers are constantly improving our products to better meet your needs and to ensure product performance and safety through rigorous internal tests and international certifications. It's no wonder our products have an unmatched track record in the field, operating for nearly 30 years in a variety of applications and climates worldwide. Let us introduce you to our distinguishing product features.

### Heavy Duty Frames

Our corrosion resistant frames are constructed to withstand wind speeds in excess of 200Km/h (125 mph) in typical ground mounted applications. The frames are available in clear anodized (silver) or bronze anodized (dark bronze) finishes.

### Tempered Low Iron Glass

For our crystalline product, tempered low iron glass provides both better impact resistance and better light transmission, allowing the generation of more electricity.

### EVA Encapsulation

Decades of experience show clear encapsulated insulation enhances solar cell performance and provides proven weathering protection.

### Anti-Reflective Coating

Increases the efficiency of our modules by reducing the quantity of light that is reflected away from the module.

### Reliable Outside Bussing

Our proven module design puts bus bars outside frame and cell areas, improving module reliability.

### Industry Leading Warranty

Our unmatched product reliability rate allows us to offer a power warranty of up to 25 years. As part of BP, one of the world's largest energy companies, you can be sure we will be here to support our products every step of the way.

### International Safety Certifications

UL, FM, and TUV certifications ensure our products operate safely around the world and comply with electrical and fire safety codes.

### Quick Connect DC Connectors

These innovative connectors make wiring modules together easy, speeding installation, eliminating wiring errors, and saving costs. more...



### Laminate Options

Many BP Solar products can be purchased as laminates, enabling easy integration of products into third party solar electric systems or directly into building structures.

### Innovative Integra Framing System

For our Thin Film products, our patented Integra framing system enables interlocking frames for fast system mounting, reducing installation cost.

### High Capacity Junction Box

Our proven junction box design provides reliable electrical connections for metric and non-metric conduit or cable fittings and enables series or parallel array connections.

### Versatile Small Module Options

Our small crystalline modules (65W and below) offer dual voltage and a wide range of frame options.

### International Product Performance Certification

IEC certification ensures products performance and reliability.

### International Manufacturing Certification

ISO 9001 certification ensures that our crystalline manufacturing facilities are using proven manufacturing and quality processes.

© 2002 BP Solar International LLC   **LEGAL NOTICE**   Privacy statement   FAQ HELP   search Enter query   BP

Ex. 2, p. 53

about us    about solar power    **products & services**    solar applications



# product features

You are here: BP Solar > Products & Services > Product Features

**menu**
**Products & Services**
Product Overview
Product Features
Solar Products
Packaged Systems
System Accessories

**Quality, Reliability, and Performance in Every Product**
BP Solar products are designed and constructed to provide first class performance and reliability. Our world-class engineers are constantly improving our products to better meet your needs and to ensure product performance and safety through rigorous internal tests and international certifications. It's no wonder our products have an unmatched track record in the field, operating for nearly 30 years in a variety of applications and climates worldwide. Let us introduce you to our distinguishing product features.

**Heavy Duty Frames**
Our corrosion resistant frames are constructed to withstand wind speeds in excess of 200Km/h (125 mph) in typical ground mounted applications. The frames are available in clear anodized (silver) or bronze anodized (dark bronze) finishes.

**Tempered Low Iron Glass**
For our crystalline product, tempered low iron glass provides both better impact resistance and better light transmission, allowing the generation of more electricity.

**EVA Encapsulation**
Decades of experience show clear encapsulated insulation enhances solar cell performance and provides proven weathering protection.

**Anti-Reflective Coating**
Increases the efficiency of our modules by reducing the quantity of light that is reflected away from the module.

**Reliable Outside Bussing**
Our proven module design puts bus bars outside frame and cell areas, improving module reliability.

**Industry Leading Warranty**
Our unmatched product reliability rate allows us to offer a industry leading warranty of 25 years for power and 5 years for materials and workmanship. As part of BP, one of the world's largest energy companies, you can be sure we will be here to support our products every step of the way.

**International Safety Certifications**
UL, FM, and TUV certifications ensure our products operate safely around the world and comply with electrical and fire safety codes.

**Quick Connect DC Connectors**
These innovative connectors make wiring modules together easy, speeding installation, eliminating wiring errors, and saving costs. more ...



**Laminate Options**
Many BP Solar products can be purchased as laminates, enabling easy integration of products into third party solar electric systems or directly into building structures.

**High Capacity Junction Box**
Our proven junction box design provides reliable electrical connections for metric and non-metric conduit or cable fittings and enables series or parallel array connections.

**Versatile Small Module Options**
Our small crystalline modules (65W and below) offer dual voltage and a wide range of frame options.

**International Product Performance Certification**
IEC certification ensures products performance and reliability.

**International Manufacturing Certification**
ISO 9001 certification ensures that our crystalline manufacturing facilities are using proven manufacturing and quality processes.

bpsolar.com home    press center    career center    contact us    site map

© 2002 BP Solar International LLC    LEGAL NOTICE    Privacy statement    FAQ  HELP    search Enter query    go



bp

# BP Solar

Site Index | Contact us | BP Solar | BP Solar worldwide | News Room | Home

Search: Go 

**About BP Solar** | **Learn more** | **Products and Services**

▸ BP Solar   ▸ Products and Services   Solar products

For the Home

For Business / Government facilities

For Remote Locations

Solar products

## Solar products

**Quality, reliability and performance: our products have an unmatched track record in the field, operating for nearly 30 years in a variety of applications and climates worldwide**



**Related Links**

View related links for modules available in

▸ United States

▸ Germany

▸ UK

▸ France, Africa and French Overseas

▸ India

▸ Australia

BP Solar products are designed and constructed to provide first class performance and reliability. Our world-class engineers are constantly improving our products to better meet your needs and to ensure product performance and safety through rigorous internal tests and international certifications. It's no wonder our products have an unmatched track record in the field, operating for nearly 30 years in a variety of applications and climates worldwide. Let us introduce you to our distinguishing product features.

### Heavy Duty Frames

Our corrosion resistant frames are constructed to withstand wind speeds in excess of 200Km/h (125 mph) in typical ground mounted applications. The frames are available in clear anodized (silver) or bronze anodized (dark bronze) finishes.

### Tempered Low Iron Glass

For our crystalline product, tempered low iron glass provides both better impact resistance and better light transmission, allowing the generation of more electricity.

### EVA Encapsulation

Decades of experience show clear encapsulated insulation enhances solar cell performance and provides proven weathering protection.

### Anti-Reflective Coating

Increases the efficiency of our modules by reducing the quantity of light that is reflected away from the module.

Ex. 2, p. 55

### Reliable Outside Bussing

Our proven module design puts bus bars outside frame and cell areas, improving module reliability.

### Industry Leading Warranty

Our unmatched product reliability rate allows us to offer an industry leading warranty of 25 years for power and 5 years for materials and workmanship. As part of BP, one of the world's largest energy companies, you can be sure we will be here to support our products every step of the way.

### International Safety Certifications

UL, FM, and TÜV certifications ensure our products operate safely around the world and comply with electrical and fire safety codes.

### Quick Connect DC Connectors

These innovative connectors make wiring modules together easy, speeding installation, eliminating wiring errors, and saving costs.

### Laminate Options

Many BP Solar products can be purchased as laminates, enabling easy integration of products into third party solar electric systems or directly into building structures.

### High Capacity Junction Box

Our proven junction box design provides reliable electrical connections for metric and non-metric conduit or cable fittings and enables series or parallel array connections.

### Versatile Small Module Options

Our small crystalline modules (65W and below) offer dual voltage and a wide range of frame options

### International Product Performance Certification

IEC 61215 certification ensures products performance and reliability.

### International Manufacturing Certification

ISO 9001 certification ensures that our crystalline manufacturing facilities are using proven manufacturing and quality processes.

▲ back to top

© 2002-2006 BP Solar International Inc   |   Privacy statement   |   Legal notice

Ex. 2, p. 56

1/7/2014 3:22 AM



Site Index | BP Solar North America | Contact Us | News | Home

Search: [ ] [ Go ]

**BP Solar**

| About BP Solar | Learn more | Products and Services |

BP Solar North America → Products and Services → For Home → **Why choose BP Solar**

Why choose BP Solar
System Details
Solar Economics
How to buy
Testimonials
Photo Gallery
Photo Gallery 2
The Home Depot

**Tools**

▸ Request a Quote
▸ Solar Savings Estimator

## Why choose BP Solar



**With more than 30 years of experience in solar power, we've grown to become one of the largest and most respected solar energy companies in the world.**

**Choosing BP Solar as your home solutions partner makes good sense. Here are a few reasons why:**

### You can count on our technology; it's proven around the globe

BP Solar's technology reliability and durability has been proven in some of the harshest environments on the earth - and beyond. Our technology is used on satellites in space, in telecommunication towers on wind-swept mountaintops, on weather stations in the bitter cold of Antarctica, and on wells in the searing heat of Africa.

### You get a complete solar home solution

We take care of everything - from start to finish. Your BP Solar dealer will assess your energy needs and recommend the best system size to fit your budget. They'll also complete and submit all rebate forms, take care of the building permits, manage the installation process and can even arrange financing.

▸ For more details see Overview - from inquiry to installation

### You can see your savings at a glance

Each BP Solar Home Solution® is available with an exclusive in-house display to help you understand how your system is working.



**BP Solar in-house display**
🔍 Enlarge image    ▸ d

**Find out more**

▸ About the BP Group
Explore BP, a leading energy business with global brands serving 13 million customers every day


▸ Rebates and incentives
Renewable energy rebates and incentives are available in many areas to help reduce system costs

**Related links**

▸ Request a Quote
Getting started is easy and there is no obligation

▸ How solar works
When sunlight shines on BP Solar's solar panels, advanced technology transforms it into electricity

Case4:14-cv-00560-KAW    Document1-2    Filed02/06/14    Page54 of 57

**Your custom designed solar power system will be attractive as well as practical**

Our proprietary BP Solar deep blue, dark framed modules combine high efficiency, durability and reliability with beautiful aesthetics. Take a look through our picture gallery to see some examples.

▸ Picture gallery

**You get an industry leading module warranty**

BP Solar modules are backed by a 25-year limited warranty. And as part of BP, one of the world's largest energy companies, we can give you the peace of mind to invest in solar power today. For more information download our module warranty.

▸ Module warranty (pdf, 266KB)

▲ back to top

© 1999-2005 BP p.l.c.   |   Privacy statement   |   Legal notice

Ex. 2, p. 58



Site Index  |  BP Solar North America  |  Contact Us  |  News  |  Home

Search:  [Go]

| About BP Solar | Learn more | Products and Services |

▸ BP Solar North America   ▸   Products and Services   ▸   For Home   ▸   **Why choose BP Solar**

Why choose BP Solar
System Details
Solar Economics
How to buy
Testimonials
Photo Gallery
The Home Depot
Extreme Makeover

**Tools**

▸  Request a Quote
▸  Solar Savings Estimator

# Why choose BP Solar

**With more than 30 years of experience in solar power, we've grown to become one of the largest and most respected solar energy companies in the world.**



## Choosing BP Solar as your home solutions partner makes good sense. Here are a few reasons why:

### You can count on our technology; it's proven around the globe

BP Solar's technology reliability and durability has been proven in some of the harshest environments on the earth - and beyond. Our technology is used on satellites in space, in telecommunication towers on wind-swept mountaintops, on weather stations in the bitter cold of Antarctica, and on wells in the searing heat of Africa.

### You get a complete solar home solution

We take care of everything - from start to finish. Your BP Solar dealer will assess your energy needs and recommend the best system size to fit your budget. They'll also complete and submit all rebate forms, take care of the building permits, manage the installation process and can even arrange financing.

▸  For more details see Overview - from inquiry to installation

### You can see your savings at a glance

Our exclusive in-house display is available only with a BP Solar Home Solution® purchase. This optional display helps you to understand how your system is working.



**BP Solar in-house display**
 Enlarge image          ▸ d

### Your custom designed solar power system will be attractive as well as practical

BP Solar modules combine high efficiency, durability and reliability with beautiful aesthetics. Take a look through our picture gallery to see some examples.

### You get an industry leading module warranty

**Find out more**

▸  About the BP Group



Explore BP, a leading energy business with global brands serving 13 million customers every day

▸  Rebates and incentives



Renewable energy rebates and incentives are available in many areas to help reduce system costs

**Related links**

▸  Request a Quote

Getting started is easy and there is no obligation

▸  How solar works

When sunlight shines on BP Solar's solar panels, advanced technology transforms it into electricity

Ex. 2, p. 59

Case4:14-cv-00560-KAW   Document11-2   Filed02/06/14   Page56 of 57

BP Solar modules are backed by a 25-year limited warranty. And as part of BP, one of the world's largest energy companies, we can give you the peace of mind to invest in solar power today. For more information download our module warranty.

▶ Module warranty (pdf, 266KB)

▲ back to top

© 1999-2007 BP p.l.c.  |  Privacy statement  |  Legal notice

Ex. 2, p. 60



**bp solar**

| why choose bp solar | system details | solar economics | how to buy |

**what makes bp solar different?**

**faqs**

**home**

With over 30 years of experience in solar power, we've grown to become the largest and most respected solar energy company in the world. Here are a few reasons why:

**Our technology is proven around the globe.**
BP Solar's technology reliability and durability has been proven in some of the harshest environments on the earth and beyond. Our technology is used on satellites in space, in telecommunication towers on gale-swept mountaintops, for cathodic protection in the cold of Alaska and in remote villages in the heat of Africa.

**We offer a complete solar home solution.**
We take care of everything - from start to finish. Your BP Solar representative will assess your energy needs and recommend the right system size. They'll also complete and submit all rebate forms, take care of the building permits, manage the installation process and even arrange financing if desired. For more details see Overview - From Inquiry to Installation.

**With BP Solar, you can see your savings at a glance.**
Each BP Solar Home Solution™ comes with an exclusive in-house display to help you understand how your system is working.

**Our systems are designed to be attractive as well as practical.**
Our proprietary BP Solar deep blue, dark framed modules combine high efficiency, durability and reliability with beautiful aesthetics. Take a look through our picture gallery to see some examples.

**You get an industry leading module warranty.**
BP Solar modules are backed by a 25-year limited warranty. And as part of BP, one of the world's largest energy companies, we can give you the peace of mind to invest in solar power today. For more information download our module warranty.

**find out more**

Find out more about the BP Group.

Understand more about a BP Solar system.



testimonial

The Teichert Residence
Oak View, California

bp solar.com home    legal notice    privacy statement    **search**        go