1  ARNOLD & PORTER LLP
   Matthew T. Heartney (SBN 123516)
2  matthew.heartney@aporter.com
   Alex Beroukhim (SBN 220722)
3  alex.beroukhim@aporter.com
   777 South Figueroa Street, Forty-Fourth Floor
4  Los Angeles, California  90017-5844
   Telephone:    213.243.4000
5  Facsimile:    213.243.4199

6  Attorneys for Defendants BP Solar International, Inc.
   and Home Depot U.S.A., Inc.
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | MICHAEL ALLAGAS, ARTHUR RAY and | Case No.: 3:14-cv-00560-SI
   | BRETT MOHRMAN, on behalf of themselves |
12 | and all others similarly situated, | **CERTIFICATE OF SERVICE OF**
   | | **NOTICE TO ADVERSE PARTIES OF**
13 |                Plaintiffs, | **REMOVAL TO FEDERAL COURT**
   | | **PURSUANT TO 28 U.S.C. 1446(d)**
14 |        v. |
15 | BP SOLAR INTERNATIONAL, INC., HOME |
   | DEPOT U.S.A., INC. and DOES 1 -10, |
16 | inclusive, |
17 |                Defendants. |

34439936v1

**CERTIFICATE OF SERVICE OF NOTICE**

**TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT**

Kathryn Jensen certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 777 South Figueroa Street, Forty-Fourth Floor, Los Angeles, California, 90017-5844, which is located in the city, county and state where the mailing described below took place.

3. On February 6, 2014, I deposited in the United States Mail at 777 South Figueroa Street, Forty-Fourth Floor, Los Angeles, California, a copy of the **NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT** dated February 6, 2014, a copy of which is attached to this Certificate as **Exhibit A**.  Parties were served at the addresses indicated on the service list attached to this Certificate as **Exhibit B**.  The document(s) were placed in a sealed envelope or package addressed to the person(s) at the address(es) placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this business' practice for collecting and processing correspondence for mailing.  On the same day the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 7, 2014.

                                          /s/ Kathryn Jensen
                                          Kathryn Jensen

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.  (A copy of the executed signature page is attached hereto.)

Dated:  February 7, 2014.                   ARNOLD & PORTER LLP

                                          By:  /s/ Matthew T. Heartney
                                                  Matthew T. Heartney
                                                  Attorneys for Defendants BP Solar
                                                  International, Inc.
                                                  and Home Depot U.S.A., Inc.

# CERTIFICATE OF SERVICE OF NOTICE
# TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT

Kathryn Jensen certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 777 South Figueroa Street, Forty-Fourth Floor, Los Angeles, California, 90017-5844, which is located in the city, county and state where the mailing described below took place.

3. On February 6, 2014, I deposited in the United States Mail at 777 South Figueroa Street, Forty-Fourth Floor, Los Angeles, California, a copy of the **NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT** dated February 6, 2014, a copy of which is attached to this Certificate as **Exhibit A**. Parties were served at the addresses indicated on the service list attached to this Certificate as **Exhibit B**. The document(s) were placed in a sealed envelope or package addressed to the person(s) at the address(es) placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 7, 2014.

Kathryn Jensen