| | |
|---|---|
| 1 | David M. Birka-White (State Bar No. 85721) |
|   | dbw@birka-white.com |
| 2 | Mindy M. Wong (State Bar No. 267820) |
|   | mwong@birka-white.com |
| 3 | BIRKA-WHITE LAW OFFICES |
|   | 65 Oak Court |
| 4 | Danville, CA 94526 |
|   | Telephone:  (925) 362-9999 |
| 5 | Facsimile:  (925) 362-9970 |
| 6 | *Attorneys for Individual and Representative Plaintiffs* Michael Allagas, Arthur Ray, and Brett Mohrman |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL ALLAGAS, ARTHUR RAY and BRETT MOHRMAN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BP SOLAR INTERNATIONAL, INC., HOME DEPOT U.S.A., INC. and DOES 1-10, inclusive, <br><br> Defendants. | Case No.  3:14-cv-00560-SI <br><br> **DECLARATION OF DAVID M. BIRKA-WHITE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** <br><br> *The Honorable Susan Y. Illston* <br><br> Date:       April 18, 2014 <br> Time:      9:00 a.m. <br> Crtm:      10 <br><br> Action Filed:  February 6, 2014 <br> Trial Date:     TBD |

Birka-White Law Offices
65 Oak Court
Danville, CA 94526
(925) 362-9999

Case No. 3:14-cv-00560-SI
DECLARATION OF DAVID M. BIRKA-WHITE IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, DAVID M. BIRKA-WHITE, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court and all courts of the State of California. I am counsel of record for Plaintiffs Michael Allagas, Arthur Ray, and Brett Mohrman. I have personal knowledge as to the facts stated herein and, if called upon to do so, could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of correspondence sent to Matthew T. Heartney, Counsel for BP Solar International, Inc. ("BP") on November 27, 2013, to which I received no response.

3. There are numerous other communications between my office and counsel for BP in connection with the claims in this litigation.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

This declaration was executed this 13th day of March 2014, at Danville, California.

_____
DAVID M. BIRKA-WHITE

Birka-White Law Offices
65 Oak Court
Danville, CA 94526
(925) 362-9999

1     Case No. 3:14-cv-00560-SI

DECLARATION OF DAVID M. BIRKA-WHITE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS