1  ARNOLD & PORTER LLP
    Matthew T. Heartney (SBN 123516)
2  matthew.heartney@aporter.com
    Alex Beroukhim (SBN 220722)
3  alex.beroukhim@aporter.com
    777 South Figueroa Street, Forty-Fourth Floor
4  Los Angeles, California  90017-5844
    Telephone:    213.243.4000
5  Facsimile:     213.243.4199

6  Attorneys for Defendants BP Solar International, Inc.
    and Home Depot U.S.A., Inc.
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | MICHAEL ALLAGAS, ARTHUR RAY and BRETT MOHRMAN, on behalf of themselves and all others similarly situated, | Case No.: 3:14-cv-00560-SI
12 | | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**
13 | Plaintiffs, |
14 | v. |
15 | BP SOLAR INTERNATIONAL, INC., HOME DEPOT U.S.A., INC. and DOES 1 -10, inclusive, |
16 | |
17 | Defendants. |

34579376

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

**STIPULATION**

WHEREAS, on April 15, 2014, counsel for plaintiffs Michael Allagas, Arthur Ray, and Brett Mohrman, and defendants BP Solar International, Inc. and Home Depot U.S.A., Inc., held a telephonic conference to discuss issues relating to the initial disclosures and the Case Management Conference;

WHEREAS, defendants' motions to dismiss and strike are scheduled for hearing on April 18, 2014, at 9:00 a.m.;

WHEREAS, a Case Management Conference is scheduled on May 9, 2014, at 2:30 p.m.;

WHEREAS, the parties have scheduled a further telephonic conference, on April 23, 2014, at 2:00 p.m., following the hearing on the motions to dismiss and strike, to continue discussions regarding the initial disclosures and Case Management Conference in light of the Court's ruling on the pleading motions;

WHEREAS, the parties agree that there is good cause to continue the Case Management Conference, so that they can more meaningful discuss issues relating to the initial disclosures and Case Management Conference in light of the Court's rulings on the motions to dismiss and strike;

///

///

///

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the Case Management Conference be continued to June ~~13~~ 19, 2014, at ~~2:30~~ 3:00 p.m., and that all corresponding dates be continued commensurately.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated:  April 15, 2014.                                     ARNOLD & PORTER LLP

                                                            By:  /s/ E. Alex Beroukhim
                                                                 E/ Alex Beroukhim
                                                                 Attorneys for Defendants BP Solar
                                                                 International, Inc. and
                                                                 Home Depot U.S.A., Inc.

Dated:  April 15, 2014.                                     BIRKA-WHITE LAW OFFICES

                                                            By:  /s/ David M. Birka-White
                                                                 David M. Birka-White
                                                                 Attorneys for Plaintiffs

**IT IS SO ORDERED.**

4/16/14                                                     Honorable Susan Illston
                                                            U.S. DISTRICT COURT JUDGE