1  ARNOLD & PORTER LLP
   Matthew T. Heartney (SBN 123516)
2  matthew.heartney@aporter.com
   Alex Beroukhim (SBN 220722)
3  alex.beroukhim@aporter.com
   777 South Figueroa Street, Forty-Fourth Floor
4  Los Angeles, California  90017-5844
   Telephone:     213.243.4000
5  Facsimile:     213.243.4199

6  Attorneys for Defendants BP Solar International, Inc.
   and Home Depot U.S.A., Inc.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  MICHAEL ALLAGAS, ARTHUR RAY and          Case No.:  3:14-cv-00560-SI
    BRETT MOHRMAN, on behalf of themselves
12  and all others similarly situated,           **STIPULATION AND [PROPOSED]**
                                                 **ORDER TO CONTINUE CASE**
13                Plaintiffs,                    **MANAGEMENT CONFERENCE**

14       v.

15  BP SOLAR INTERNATIONAL, INC., HOME
    DEPOT U.S.A., INC. and DOES 1 -10,
16  inclusive,

17                Defendants.

18

19

20

21

22

23

24

25

26

27

28

34725506

**STIPULATION**

WHEREAS, a Case Management Conference is scheduled on June 19, 2014, at 3:00 p.m.;

WHEREAS, a conflict has emerged for defense counsel that cannot be rescheduled;

WHEREAS, the parties agree that there is good cause to continue the Case Management Conference;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the Case Management Conference be continued to June 27, 2014, at 2:30 p.m., and that all corresponding dates be continued commensurately.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: May 8, 2014.                     ARNOLD & PORTER LLP

                                        By:  /s/ Matthew T. Heartney
                                             Matthew T. Heartney
                                             Attorneys for Defendants BP Solar
                                             International, Inc. and
                                             Home Depot U.S.A., Inc.

Dated: May 8, 2014.                     BIRKA-WHITE LAW OFFICES

                                        By:  /s/ David M. Birka-White
                                             David M. Birka-White
                                             Attorneys for Plaintiffs

**IT IS SO ORDERED.**

5/8/14

Honorable Susan Illston
U.S. DISTRICT COURT JUDGE