UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLAGAS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BP SOLAR INTERNATIONAL, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-00560-SI<br><br>**ORDER REFERING DISCOVERY DISPUTES TO CHIEF MAGISTRATE JUDGE ELIZABETH LAPORTE** |

On December 5, 2014, the parties filed a Joint Case Management Statement, in preparation for a case management conference scheduled for December 12, 2014. Docket No. 50. It is clear from the Statement that the parties have substantial disagreements about document requests and the production of electronically stored information.

**The Court hereby refers this matter to Chief Magistrate Judge Elizabeth Laporte** (or her designee, if she is unable to devote sufficient time to this matter in the near term), for consideration and resolution of the parties' discovery disputes.

**The Case Management Conference scheduled for December 12, 2014 is VACATED**, and a **further case management conference before this Court is hereby set for February 27, 2015 at 3:00 p.m.**. The Court will discuss with the parties any necessary changes to the case management schedule at that conference.

**IT IS SO ORDERED**.

Dated: December 9, 2014

_____
SUSAN ILLSTON
United States District Judge