UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLAGAS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BP SOLAR INTERNATIONAL, INC., et al.,<br><br>　　　　Defendants. | Case No.  14-cv-00560-SI   (EDL)<br><br>**ORDER**<br>Re: Dkt. No. 126 |

In response to this Court's September 16, 2015 order and Plaintiffs' September 30, 2015 letter, on October 1, 2015, Defendant BP offered to produce a random sample of 1,000 warranty claims for panels produced at its factories in Madrid and Bangalore. On October 9, 2015, Plaintiffs filed a letter indicating that they are "open to accepting a sample, but need some summary level information to evaluate the adequacy of the sample size, and to be able to draw inferences from the sample." It appears that at least some of the summary level information Plaintiffs seek, such as the total number of claims from which the sample will be drawn and the number of panels associated with those claims, would be useful in assessing the merits of Defendant's sampling proposal. It is unclear whether breaking that information down by manufacturing site and year would be unduly burdensome compared to its value. Accordingly, Defendant is ordered to either produce the requested information or file a letter of no more than four pages by October 22, 2015 explaining why the production of this information would be disproportionate.

**IT IS SO ORDERED.**

Dated: October 19, 2015



ELIZABETH D. LAPORTE
United States Magistrate Judge