UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLAGAS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BP SOLAR INTERNATIONAL, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-00560-SI   (EDL)<br><br>**ORDER RE PLAINTIFFS' MOTION TO COMPEL**<br><br>Re: Dkt. No. 125 |

On October 8, 2015, Plaintiffs filed a motion to compel production of documents listed on Defendant BP Solar International, Inc.'s ("Defendant BP") privilege log. By November 16, 2015 at 10:00 a.m., Defendant BP is ordered to lodge unredacted versions of document nos. 256, 708, 1893, 1932, 3314, and 3355 with the Court for *in camera* review. Defendant may either lodge physical copies of the documents or may lodge them electronically in PDF format by e-mail to edlpo@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: November 13, 2015



ELIZABETH D. LAPORTE
United States Magistrate Judge