UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLAGAS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>BP SOLAR INTERNATIONAL, INC., et al.,<br><br>        Defendants. | Case No. 14-cv-00560-SI (EDL)<br><br>**FURTHER ORDER RE PLAINTIFFS' MOTION TO COMPEL**<br><br>Re: Dkt. No. 144 |

On November 17, 2015, the Court held a hearing on Plaintiffs' motion to compel production of documents listed on Defendant BP Solar International, Inc.'s ("Defendant BP") privilege log at which it provided guidance and ordered the Parties to meet and confer as to any remaining issues. On December 1, 2015, the Parties filed a joint update in which Plaintiffs requested that the Court review twelve documents *in camera*. On December 3, 2015, the Court granted Plaintiffs' request in part and ordered Defendant BP to lodge seven documents for *in camera* review. Defendant BP's redactions to these documents are largely proper and none are baseless. However, the Court orders Defendant BP to produce the following to Plaintiffs: (1) document no. 672 with no redactions; and (2) document no. 1609 without the redactions to the e-mail authored by James Onslow but with the other redactions.

**IT IS SO ORDERED.**

Dated: December 7, 2015

                                        ELIZABETH D. LAPORTE<br>
                                        United States Magistrate Judge