ARNOLD & PORTER LLP
Matthew T. Heartney (SBN 123516)
matthew.heartney@aporter.com
Alex Beroukhim (SBN 220722)
alex.beroukhim@aporter.com
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California  90017-5844
Telephone:    213.243.4000
Facsimile:    213.243.4199

*Attorneys for Defendants BP Solar International, Inc.
and Home Depot U.S.A., Inc.*

Richard M. Heimann (CA 063607)
rheimann@lchb.com
Robert J. Nelson (CA 132797)
rnelson@lchb.com
Nimish R. Desai (CA 244953)
ndesai@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

David M. Birka-White (CA 85721)
dbw@birka-white.com
Mindy M. Wong (CA 267820)
mwong@birka-white.com
BIRKA-WHITE LAW OFFICES
65 Oak Court
Danville, CA 94526
Telephone: (925) 362-9999
Facsimile: (925) 362-9970

*Attorneys for Plaintiffs' and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ALLAGAS, ARTHUR RAY and BRETT MOHRMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BP SOLAR INTERNATIONAL, INC., HOME DEPOT U.S.A., INC. and DOES 1 -10, inclusive,<br><br>Defendants. | Case No.: 3:14-cv-00560-SI (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT** |

35814315v1

**STIPULATION**

WHEREAS, on March 1, 2016, the parties entered into a Memorandum of Understanding relating to the resolution of all claims in this action that will form the basis for a settlement agreement that the parties will submit for Court approval as soon as possible;

WHEREAS, plaintiffs' motion for class certification and defendants' motion to strike experts are set for hearing on March 25, 2016;

WHEREAS, the parties agree that there is good cause to vacate, without prejudice, the hearings on the motion for class certification and motion to strike experts, and all other future dates, so that they can finalize a definitive settlement agreement and avoid potentially needless expenditure of Court resources;

WHEREAS, the parties agree to update the Court regarding the status of resolution in forty five (45) days (*i.e.*, on or before April 18, 2016 (the 45th day falls on a Saturday));

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the March 25, 2016 hearings on the motion for class certification and motion to strike experts and all future dates, will be vacated, without prejudice, and that the parties will update the Court on the status of resolution by April 18, 2016.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: March 2, 2016.   ARNOLD & PORTER LLP

By: /s/ E. Alex Beroukhim
E/ Alex Beroukhim
Attorneys for Defendants BP Solar International, Inc. and Home Depot U.S.A., Inc.

Dated: March 2, 2016.   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ Robert J. Nelson
Robert J. Nelson
Attorneys for Plaintiffs and the Proposed Class

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
Motions are withdrawn without prejudice to refiling
Dated: _____3/4/16_____

Honorable Susan Illston
U.S. DISTRICT COURT JUDGE

- 1 -

STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT
CASE NO. 3:14-cv-00560-SI (EDL)