1  Matthew T. Heartney (Cal. Bar No. 123516)
   matthew.heartney@aporter.com
2  Alex Beroukhim (Cal. Bar No. 220722)
   e.alex.beroukhim@aporter.com
3  ARNOLD & PORTER LLP
   777 South Figueroa Street, 44th Floor
4  Los Angeles, CA 90017-5844
   Telephone: 213.243.4000
5  Facsimile: 213.243.4199

6  *Attorneys for Defendants*

7

8  Robert J. Nelson (Cal. Bar No. 132797)
   rnelson@lchb.com
9  Nimish R. Desai (Cal. Bar No. 244953)
   ndesai@lchb.com
10 LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
11 San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
12 Facsimile:  (415) 956-1008

13 *Attorneys for Plaintiffs and the Proposed Class*

14

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Susan Illston]

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                        SAN FRANCISCO DIVISION

18

19 | MICHAEL ALLAGAS, ARTHUR RAY | Case No.  3:14-cv-00560-SI (EDL)
20 | and BRETT MOHRMAN, on behalf of themselves and all others similarly situated, | **JOINT UPDATE REGARDING SETTLEMENT**
21 | Plaintiffs, |
22 | v. | Judge:    Hon. Susan Illston
   |    | Crtm:     1
23 | BP SOLAR INTERNATIONAL, INC., HOME DEPOT U.S.A., INC. and | Action Filed:  January 9, 2014
24 | DOES 1-10, inclusive, | Trial Date:    None
25 | Defendants. |

26

27

28

1306869.2                                     JOINT UPDATE RE SETTLEMENT
                                               CASE NO. 3:14-CV-00560-SI (EDL)

Pursuant to the April 18, 2016 Stipulation and Order Regarding Settlement, the parties provide this update to the Court regarding the status of resolution. The parties are working diligently to finalize the agreement, including regular conference calls and frequent exchange of the many constituent documents. The parties will update the Court again on June 24, 2016 if the preliminary approval motion has not been filed by that time. The parties are sensitive to the fact that they have sought multiple extensions since filing the April 18, 2016 stipulation. Substantial progress has been made on this complex settlement, and the parties anticipate that no additional extensions may be needed.

As the parties have advised the Court in prior updates, since executing the Memorandum of Understanding on March 1, 2016, they have been working diligently to finalize the settlement and to present it to the Court for preliminary approval. This work includes, *inter alia*, preparing the following: the settlement agreement; the amended complaint consistent with the proposed settlement; the protocols for claims and for the remediation work that claimants are entitled to under the settlement; the documents related to the processing of claims, including claim forms; and the long and short form notices as well as the notice plan, in consultation with a notice provider. The parties have also been actively meeting and conferring on the selection of an independent claims administrator, and interviewing same.

Respectfully submitted,

Dated: June 3, 2016

ARNOLD & PORTER LLP

By:   *Matthew T. Heartney*

Matthew T. Heartney (Cal. Bar No. 123516)
matthew.heartney@aporter.com
Alex Beroukhim (SBN 220722)
e.alex.beroukhim@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

*Attorneys for Defendants*
BP SOLAR INTERNATIONAL, INC. and HOME DEPOT U.S.A., INC.

Dated: June 3, 2016         By:  */s/ Robert J. Nelson*

Robert J. Nelson (Cal. Bar No. 132797)
rnelson@lchb.com
Nimish R. Desai (Cal. Bar No. 244953)
ndesai@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

David M. Birka-White (Cal. Bar No. 85721)
dbw@birka-white.com
Mindy M. Wong (Cal. Bar No. 267820)
mwong@birka-white.com
BIRKA-WHITE LAW OFFICES
65 Oak Court
Danville, CA 94526
Telephone: (925) 362-9999
Facsimile: (925) 362-9970

John T. Spragens (*pro hac vice*)
jspragens@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
One Nashville Place
150 4th Ave North, Suite 1650
Nashville, TN 37219
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965

*Attorney for Plaintiffs and the Proposed Class*