1  Matthew T. Heartney (Cal. Bar No. 123516)
   matthew.heartney@aporter.com
2  Alex Beroukhim (Cal. Bar No. 220722)
   e.alex.beroukhim@aporter.com
3  ARNOLD & PORTER LLP
   777 South Figueroa Street, 44th Floor
4  Los Angeles, CA 90017-5844
   Telephone: 213.243.4000
5  Facsimile: 213.243.4199

6  *Attorneys for Defendants*

7

8  Robert J. Nelson (Cal. Bar No. 132797)
   rnelson@lchb.com
9  Nimish R. Desai (Cal. Bar No. 244953)
   ndesai@lchb.com
10 LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
11 San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
12 Facsimile:  (415) 956-1008

13 *Attorneys for Plaintiffs and the Proposed Class*

14

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

18

| | |
|---|---|
| 19  MICHAEL ALLAGAS, ARTHUR RAY and BRETT MOHRMAN, on behalf of themselves and all others similarly situated, | Case No.  3:14-cv-00560-SI (EDL) |
| 20 | **JOINT UPDATE REGARDING SETTLEMENT** |
| 21            Plaintiffs, | |
| 22  v. | Judge:    Hon. Susan Illston<br>Crtm:     1 |
| 23  BP SOLAR INTERNATIONAL, INC., HOME DEPOT U.S.A., INC. and DOES 1-10, inclusive, | Action Filed: January 9, 2014<br>Trial Date:    None |
| 24 | |
| 25            Defendants. | |

26

27

28

1309319.1                                           JOINT UPDATE RE SETTLEMENT
                                                    CASE NO. 3:14-CV-00560-SI (EDL)

1   Pursuant to the April 18, 2016 Stipulation and Order Regarding Settlement, the parties provide this update to the Court regarding the status of resolution.  The parties have continued to make progress since the last update, and hope to finalize the Settlement and associated documents next week.  Plaintiffs will file the unopposed preliminary approval motion promptly thereafter.

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully submitted,

Dated:  June 24, 2016     ARNOLD & PORTER LLP

By:   *s/ E. Alex Beroukhim*

Matthew T. Heartney (Cal. Bar No. 123516)
matthew.heartney@aporter.com
Alex Beroukhim (SBN 220722)
e.alex.beroukhim@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

*Attorneys for Defendants*
BP SOLAR INTERNATIONAL, INC. and HOME DEPOT U.S.A., INC.

Dated: June 24, 2016     By:   *s/ Nimish R. Desai*

Robert J. Nelson (Cal. Bar No. 132797)
rnelson@lchb.com
Nimish R. Desai (Cal. Bar No. 244953)
ndesai@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

David M. Birka-White (Cal. Bar No. 85721)
dbw@birka-white.com
Mindy M. Wong (Cal. Bar No. 267820)
mwong@birka-white.com
BIRKA-WHITE LAW OFFICES
65 Oak Court
Danville, CA 94526
Telephone: (925) 362-9999
Facsimile: (925) 362-9970

| | |
|---|---|
| 1 | |
| 2 | John T. Spragens (*pro hac vice*)<br>jspragens@lchb.com |
| 3 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>One Nashville Place |
| 4 | 150 4th Ave North, Suite 1650<br>Nashville, TN 37219 |
| 5 | Telephone:  (615) 313-9000<br>Facsimile:  (615) 313-9965 |
| 6 | *Attorney for Plaintiffs and the Proposed Class* |