UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLAGAS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BP SOLAR INTERNATIONAL, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-00560-SI<br><br>**ORDER TO FILE STATEMENT RE SETTLEMENT** |

On June 24, 2016, counsel filed a statement (Dkt. 168) representing that settlement documentation had been virtually completed and that a motion to approve the settlement would be filed within a week. Nothing has been heard from counsel since.

Accordingly, **counsel are ORDERED to file a joint statement, on or before August 12, 2016**, describing the status of the settlement, explaining the delays and stating when the settlement will be presented to the Court for approval or, alternatively, when the matter can be placed back on the trial calendar.

**IT IS SO ORDERED**.

Dated: August 8, 2016

_____
SUSAN ILLSTON
United States District Judge