UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLAGAS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> BP SOLAR INTERNATIONAL, INC., et al., <br><br> Defendants. | Case No. 14-cv-00560-SI <br><br> **ORDER TO FILE SUPPLEMENTAL DOCUMENTATION** |

Plaintiffs have filed motions for final approval of a class action settlement agreement and for attorneys' fees and costs. Docket Nos. 187, 188. These matters are set for hearing on December 22, 2016.

The Court has reviewed the papers filed and finds that supplemental documentation would assist the Court in ruling on plaintiffs' motions. Recognizing that plaintiffs have provided their billing summaries in this case for lodestar comparison purposes only, the Court still needs more detail in order for this comparison to be useful. *See Vizcaino v. Microsoft Corp.*, 290 F.3d 1043, 1050 (9th Cir. 2002) (". . . the lodestar may provide a useful perspective on the reasonableness of a given percentage award."). The Court will not require plaintiffs' counsel to file full time records but does request that plaintiffs file supplemental declarations that, for each legal worker on the case for whom billing information is provided, explain that person's level of expertise and what role he or she played in this lawsuit.

The Court also requires further documentation to support the claim for an award of reasonable costs incurred by plaintiffs' counsel. The current exhibits state only the sum total of costs incurred in broad categories such as "Consultants/Experts" and "Travel." *See* Birka-White Decl. Ex. C; Nelson Decl. Ex. C. The Court requires a break-down of the costs that comprise

these totals, in order to make a determination whether the request for costs is reasonable.

Plaintiffs are advised to file the above supplemental documents in time for the upcoming hearing on December 22, 2016, if possible.

**IT IS SO ORDERED**.

Dated: December 14, 2016

_____
SUSAN ILLSTON
United States District Judge