UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ALLAGAS, ARTHUR RAY and BRETT MOHRMAN, and BRIAN DICKSON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BP SOLAR INTERNATIONAL, INC., HOME DEPOT U.S.A., INC. and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:14-cv-00560-SI (EDL)<br><br>**DECLARATION OF JENNIFER M. KEOUGH**<br><br>Judge: Hon. Susan Illston |

I, Jennifer M. Keough, declare and state as follows:

1. I am the Chief Executive Officer of JND Legal Administration LLC ("JND"). The following statements are based on my personal knowledge, as well as upon information provided to me by experienced JND employees, and, if called upon to do so, I could and would testify competently thereto.

2. As CEO of JND, I am involved in all facets of our company's operation.

3. JND is serving as the Settlement Administrator[1] in the above-captioned litigation ("Action") for the purposes of administering the Addendum to Settlement

---
[1] Capitalized terms used and not otherwise defined herein shall have the meanings given such terms in the Settlement Agreement.

Agreement and Release ("Addendum") preliminarily approved by the Court on January 30, 2020, in its Joint Stipulation and Order for Preliminary Approval of Addendum to Class Settlement Agreement ("Order").

## CLASS MEMBER DATA

4. JND continues to maintain the database established for this Action using data previously provided by BP and Class Counsel, as well as the records for those persons who have filed a Claim Form.

5. On February 7, 2020, counsel for the Defendants provided JND with an electronic file containing the names and addresses of individuals identified as potential owners of the newly eligible model number, BP365TS. In addition, a certain number of email addresses were also provided. The file contained a total of 51 individuals, for which 33 email addresses were provided, and the data was promptly loaded into the database established for this Action.

## NOTICE MAILING

6. Prior to mailing, JND ran the addresses of all records in our database through the United States Postal Service Nation Change of Address ("NCOA") database.[2]

7. On April 13, 2020, JND disseminated the 365 Class Notice ("Notice") to 9,559 persons via first-class U.S. Mail. This is everyone in our database for whom a valid mailing address existed after the NCOA search, including the individuals identified as potential owners of the newly eligible model number, BP365TS, provided by counsel for the Defendants. A representative sample of the Notice is attached hereto as **Exhibit A**.

8. In addition to disseminating the Notice to both actual and potential Class Members, JND contacted our Approved Contractors, who carry out the

---

[2] The NCOA database is the official United States Postal Service ("USPS") technology product which makes change of address information available to mailers to help reduce undeliverable mail pieces before mail enters the mail stream. This product is an effective tool to update address changes when a person has completed a change of address form with the USPS. The address information is maintained on the database for 48 months.

inspections and remediations of Class Panels, to inform them of the Addendum and ask them to alert those persons who may have BP365TS panels of the existence of the Settlement.

### SETTLEMENT WEBSITE

9. On September 2, 2016, JND established a settlement-specific website ("Settlement Website"), www.BPSolarSettlement.com, which allowed Class Members to learn more about the case. We continue to maintain and update the Settlement Website. Downloadable PDF copies of the Notice; Order; and Addendum were made available on the Settlement Website. Additionally, the Settlement Website provides a section for frequently asked questions regarding the Addendum.

10. The Settlement Website was extensively updated in light of the Addendum and Order to include information about the new model number, BP365TS, including eligibility criteria, potential benefits, and the objection and exclusion deadline.

11. From the date of our Notice mailing, April 13, 2020, to June 2, 2020, there were a total of 4,992 views of the Settlement Website.

### TOLL-FREE NUMBER

12. JND continues to operate a settlement-specific dedicated toll-free phone number, 844-360-2767, for Class Members to call for additional information.

13. From the date of our Notice mailing, April 13, 2020, to June 2, 2020, JND has received 390 calls.

### OBJECTIONS

14. The deadline to object to the approval of the Settlement by submitting a written statement to JND postmarked on or before May 28, 2020, has now passed.

15. As of June 2, 2020, JND has not received any objections.

## EXCLUSION REQUESTS

16. The deadline to be excluded from the amended Settlement by submitting a written request for exclusion ("opt-out") to JND, postmarked on or before May 28, 2020, has now passed.

17. As of June 2, 2020, JND has not received any opt-outs.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed this 8th day of June, 2020, at Seattle, Washington.

*/s/ Jennifer M. Keough*

JENNIFER M. KEOUGH

# EXHIBIT A

**LEGAL NOTICE**

# You May Be Entitled to Replacement Solar Panels and/or a New Inverter from the BP Solar Settlement

## Settlement Now Includes BP365TS Integrated Roofing Solar Panels Manufactured Between 2005-2007

*Para una notificación en Espanol, llamar 1-844-360-2767 o visitar nuestro website www.BPSolarSettlement.com*

On December 22, 2016, the Court approved a Settlement in a class action lawsuit against BP Solar and Home Depot involving solar panels manufactured between 1999 and 2007 with an S-type junction box ("Class Panels"). You may be entitled to benefits from a $45.33 million common fund or a separate $20 million claims-made settlement.

The lawsuit claims these panels are defective and prone to junction box failures, which could cause burn marks at the junction box, shattered glass, and be a potential fire hazard. BP and Home Depot deny these claims.

## Who's Included?

The Settlement includes anyone in the United States who: (1) purchased certain BP solar panels for installation on a property, or (2) currently owns a property on which these panels are installed and, in either case, who still owns some or all of the BP solar panels.

The panels were sold through various distributors and retailers, including but not limited to Solar Depot and Home Depot.

## What does the Settlement provide?

The Court approved a $45.33 million Common Fund to pay for the removal and replacement of a subset of Class Panels (Category 1), and to pay administration, attorneys' fees and costs, and Class Representative awards. The Court also approved the separate $20 million Claims Made Fund for the remaining Class Panels (Category 2), which have a lower failure rate. Category 2 claimants were entitled to a free visual inspection to identify any failed panels, a replacement of failed panels, and a free inverter with arc fault detection; or if over 20% of panels have failed, replacement of all panels.

## How can I receive benefits?

You must file a claim to receive benefits. You can file a claim online at www.BPSolarSettlement.com or call 1-844-360-2767. Category 1 claims will be paid until the Fund is spent, or until such time that the Court decides to terminate the Fund. The deadline to submit Category 2 claims has passed. Please visit www.BPSolarSettlement.com for more details.

This is only a summary. Complete details about the settlement and the recently added BP365TS Solar Panels are available at www.BPSolarSettlement.com or by calling 1-844-360-2767.

**www.BPSolarSettlement.com**          **1-844-360-2767**