UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLAGAS, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>BP SOLAR INTERNATIONAL, INC., et al.,<br><br>            Defendants. | Case No. 14-cv-00560-SI<br><br>**ORDER RE: FINAL APPROVAL OF CLASS ACTION SETTLEMENT ADDENDUM**<br><br>Re: Dkt. Nos. 234, 236 |

On March 4, 2020, the parties filed a joint stipulation for final approval of the addendum to the class settlement agreement. Dkt. No. 234. Class counsel also seeks approval of $235,000.00 in attorneys' fees and costs and $750.00 in incentive awards to each of the three class representatives, for work conducted pursuant to the class settlement addendum. Dkt. No. 236. These matters are set for hearing on June 19, 2020. Pursuant to Civil L.R. 7-1(b) and General Order No. 72-3, the Court VACATES the hearing.

The Court has reviewed the parties' papers, along with the declarations of David Birka-White, Jeanne Finegan, and Jennifer Keough. *See* Dkt. Nos. 237, 240, 241. The settlement administrator has received no opt-out requests and no objections to the proposed settlement addendum. Keough Decl. ¶¶ 15, 17. The Court tentatively intends to approve the joint stipulation for final approval of the settlement addendum as well as the motion for attorneys' fees, costs, and incentive awards.

However, the Court notes several discrepancies among the documents filed with the Court and the notice provided to the public.

**Category Two panels:** The short form notice published in various media outlets indicated that the period for filing claims for Category Two solar panels was extended to July 21, 2020 (from the original end date of February 6, 2020). *See* Finegan Decl. at 6, 8, 18. However, the class settlement website indicates on the home page and in the FAQ's that "as of February 7, 2020, new claims filed that prove to have Category 2 panels will no longer be remediated." *See* http://www.bpsolarsettlement.com/ (last visited June 18, 2020); *see also* FAQ 3 ("As of February 7, 2020, panels with model numbers that fall under Category 2 are not covered by this Settlement."), http://www.bpsolarsettlement.com/faqs (last visited June 18, 2020).

Accordingly, the Court hereby **ORDERS** that the parties update the class settlement website immediately to reflect the extended claims period for Category 2 panels and that the parties honor claims for Category 2 panels filed through July 21, 2020.

**Hearing Date:** The court documents set a hearing date of June 19, 2020, for final approval of the settlement addendum. However, the class settlement website lists the final approval hearing as occurring on July 19 or July 20, 2020. *See* FAQ 86, http://www.bpsolarsettlement.com/faqs (last visited June 18, 2020); *see also* http://www.bpsolarsettlement.com/dates (last visited June 18, 2020). The Court therefore will not sign off on final approval of the class settlement addendum and the motion for attorneys' fees until July 20, 2020, or later. **If the parties receive any objections to the proposed settlement addendum before July 20, they shall notify the Court in writing immediately.**

**Further Filings:** Plaintiffs shall continue to provide regular status reports to the Court, on June 30 and December 30 annually, updating the Court as to the status of claims filed and paid out and the administrative costs of the settlement. At the appropriate time, counsel should also be prepared to file a post-distribution accounting, as explained in this District's Procedural Guidance

///

///

for Class Action Settlements.  *See* https://www.cand.uscourts.gov/forms/procedural-guidance-for-class-action-settlements/.

**IT IS SO ORDERED**.

Dated: June 18, 2020

_____
SUSAN ILLSTON
United States District Judge