David M. Birka-White (SBN 85721)
dbw@birka-white.com
BIRKA-WHITE LAW OFFICES
178 E. Prospect Avenue
Danville, CA 94526
Telephone:   (925) 362-9999
Facsimile:   (925) 362-9970

*Attorneys for Plaintiffs
Michael Allagas, Arthur Ray, Brett Mohrman,
and the Settlement Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL ALLAGAS, ARTHUR RAY and BRETT MOHRMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BP SOLAR INTERNATIONAL, INC., HOME DEPOT U.S.A., INC. and DOES 1 -10, inclusive,<br><br>Defendants. | Case No. 3:14-cv-00560-SI<br><br>**NOTICE OF MOTION AND MOTION FOR SUPPLEMENTAL ATTORNEY FEES RELATING TO ADMINISTRATION OF THE CLASS ACTION SETTLEMENT**<br><br>**DATE:** **September 19, 2025**<br>**TIME:** **10:00 a.m.**<br>**COURTOOM:** **1**<br><br>*The Honorable Susan Y. Illston*<br><br>Action Filed:   January 9, 2014<br>Trial Date:   None |

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 19, 2025 at 10:00 a.m. in Courtroom 1of this Court, located at 450 Golden Gate Ave., San Francisco, California, Class Counsel will move and hereby do move the Court for an order awarding Birka-White Law Offices supplemental attorney fees of $949,414.24 relating to the substantial work performed in connection with the administration of the settlement over the last eight and one-half years.

All documents related to the Joint Motion to Modify Administration and for Cy Pres and the Motion for Supplemental Attorney Fees Relating to Administration of the Class Action Settlement will be uploaded to the BP Solar settlement website within 24 hours of the filing of these motions.

The motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support thereof, the Declaration of David M. Birka-White, any reply papers, the argument of counsel, and all pleadings and records on file in this matter.

DATED: August 14, 2025

Respectfully submitted,

BIRKA-WHITE LAW OFFICES

By: *s/s David M. Birka-White*
DAVID M. BIRKA-WHITE

David M. Birka-White (SBN 85721)
dbw@birka-white.com
BIRKA-WHITE LAW OFFICES
178 E. Prospect Avenue
Danville, CA 94526
Telephone:  (925) 362-9999
Facsimile:   (925) 362-9970

*Attorneys for Plaintiffs
Michael Allagas, Arthur Ray, Brett Mohrman, and the Settlement Class*